AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| LaDonna Paris | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:22-cv-00235-TCK-JFJ |
| City of Tulsa, Ronni Carrocia, Daylan Root, Ty Burns, G.T. Bynum, IV | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ty Burns

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Damario Solomon-Simmons
Kymberli J.M. Heckenkemper
SolomonSimmonsLaw
601 S. Boulder, 600
Tulsa, Oklahoma 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 0 3 2022

Mark C. McCartt, Clerk

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| LaDonna Paris <br><br> *Plaintiff(s)* <br> v. <br> City of Tulsa, Ronni Carrocia, Daylan Root, Ty Burns, G.T. Bynum, IV <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:22-cv-00235-TCK-JFJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* G.T. Bynum, IV

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Damario Solomon-Simmons
Kymberli J.M. Heckenkemper
SolomonSimmonsLaw
601 S. Boulder, 600
Tulsa, Oklahoma 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 0 3 2022

CLERK OF COURT

Mark C. McCartt, Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

LaDonna Paris )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:22-cv-00235-TCK-JFJ
City of Tulsa, Ronni Carrocia, Daylan Root, Ty Burns, )
G.T. Bynum, IV )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Daylan Root

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Damario Solomon-Simmons
Kymberli J.M. Heckenkemper
SolomonSimmonsLaw
601 S. Boulder, 600
Tulsa, Oklahoma 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 0 3 2022

Date: _____

CLERK OF COURT

Mark C. McCartt, Clerk

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| LaDonna Paris<br><br>*Plaintiff(s)*<br>v.<br>City of Tulsa, Ronni Carrocia, Daylan Root, Ty Burns, G.T. Bynum, IV<br><br>*Defendant(s)* | Civil Action No. 4:22-cv-00235-TCK-JFJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ronni Carrocia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Damario Solomon-Simmons
Kymberli J.M. Heckenkemper
SolomonSimmonsLaw
601 S. Boulder, 600
Tulsa, Oklahoma 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Mark C. McCartt, Clerk

Date: JUN 0 3 2022

*Signature of Clerk or Deputy Clerk*