## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. LADONNA PARIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-CV-235-TCK-JFJ |
| | ) | |
| 1. RONNI CARROCIA, | ) | |
| 2. DAYLAN ROOT, | ) | |
| 3. TY BURNS, | ) | |
| 4. CITY OF TULSA, | ) | |
| 5. G.T. BYNUM, IV, | ) | |
| | ) | |
| Defendants. | ) | |

### SUPPLEMENT TO NOTICE OF REMOVAL

COMES NOW the Defendant, City of Tulsa, and hereby files this Supplement to its Notice of Removal filed on May 27, 2022. Attached hereto are the state court docket sheet as well as copies of all process, pleadings and orders filed in the State Court case, which were listed at Exhibit A in the original Notice of Removal but were inadvertently not attached.

Respectfully Submitted,

CITY OF TULSA,
a municipal corporation

JACK C. BLAIR,
City Attorney

BY:    /s/R. Lawson Vaughn
       R. Lawson Vaughn, OBA # 21557
       Senior Assistant City Attorney
       Hayes T. Martin, OBA # 32059
       Assistant City Attorney
       City Hall, One Technology Center
       175 East Second Street, Suite 685
       Tulsa, Oklahoma  74103
       (918) 596-7717 Telephone
       (918) 596-9700  Facsimile

## <u>CERTIFICATE OF MAILING</u>

I, R. Lawson Vaughn, hereby certify that on the 6th day of June, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Damario Solomon-Simmons
Kymberli J.M. Heckenkemper
SOLOMONSIMMONSLAW, PLLC
601 South Boulder Avenue, Suite 600
Tulsa, OK 74119
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

and

J. Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW, PLLC
3015 East Skelly Drive, Suite 400
Tulsa, OK 74102
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

    /s/R. Lawson Vaughn    
R. Lawson Vaughn