# AFFIDAVIT OF SERVICE

| Case:<br>4:22-cv-00235-TCK-JFJ | Court:<br>UNITED STATES DISTRICT COURT for the NORTHERN DISTRICT OF OKLAHOIMA | County: | Job:<br>7184725 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>LADONNA PARIS | | **Defendant / Respondent:**<br>CITY OF TULSA, RONNI CARROCIA, DAYLAN ROOT, TY BURNS, G T BYNUM, IV | |
| **Received by:**<br>Oklahoma Legal Document Process Servers<br>THOMAS DI MERCURIO<br>OK LICENSE # 2021-31, expiring 12/08/2022 | | **For:**<br>Solomon SimmonsLaw | |
| **To be served upon:**<br>TY BURNS | | | |

I, THOMAS DI MERCURIO, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** TY BURNS, Tulsa City Hall: 175 E 2ND ST, TULSA, OK 74103-3202

**Manner of Service:** Personal/Individual, Jun 6, 2022, 2:01 pm CDT voluntarily accepted by the Servee, TY BURNS, who answered "YES" when named

**Documents:** Summons (Received Jun 3, 2022 at 2:00pm CDT), NOTICE OF FILING NOTICE OF REMOVAL (Received Jun 6, 2022 at 1:00pm CDT), NOTICE OF FILING OF NOTICE OF REMOVAL, filed May 31, 2022 (Received Jun 6, 2022 at 1:00pm CDT), NOTICE OF REMOVAL, filed May 27, 2022 (Received Jun 6, 2022 at 1:00pm CDT), SUPPLEMENT TO NOTICE OF REMOVAL (Received Jun 6, 2022 at 1:00pm CDT), COMPLAINT (Received Jun 3 2022 at 2:00pm CDT)

**Additional Comments:**
1) Successful Attempt: Jun 6, 2022, 2:01 pm CDT at Tulsa City Hall: 175 E 2ND ST, TULSA, OK 74103-3202 received by TY BURNS. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'9"; Hair: Brown; Other:

**Fees:** $65.00

*[signature]*     06/07/2022

THOMAS DI MERCURIO          Date
2021-31

Oklahoma Legal Document Process Servers
11063-D S. Memorial Drive 506
Tulsa, OK 74133
(918) 887-8153

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| LaDonna Paris<br><br>*Plaintiff(s)*<br>v.<br>City of Tulsa, Ronni Carrocia, Daylan Root, Ty Burns, G.T. Bynum, IV<br><br>*Defendant(s)* | Civil Action No. 4:22-cv-00235-TCK-JFJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ty Burns

Served by Thomas DFiMercurio. # 2021-31
Date of Service: 6/6/2022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Damario Solomon-Simmons
Kymberli J.M. Heckenkemper
SolomonSimmonsLaw
601 S. Boulder, 600
Tulsa, Oklahoma 74119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 0 3 2022

                                                                C. McCartt, Clerk
                                                             *Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case: CJ-2022-01434 | Court: District Court | County: Tulsa | Job: 7156413 |
|---|---|---|---|
| **Plaintiff / Petitioner:** LADONNA PARIS, an Individual | | **Defendant / Respondent:** RONNI CARROCIA, an Individual; DAYLAN ROOT, an Individual; TY BURNS, an Individual; CITY OF TULSA, a municipal corporation; GEORGE THERON BYNUM, IV, an Individual | |
| **Received by:** Oklahoma Legal Document Process Servers THOMAS DI MERCURIO OK license # 2022-31. expiring 12/08/2024 | | **For:** SolomonSimmonsLaw | |
| **To be served upon:** TY BURNS, an Individual | | | |

I, THOMAS DI MERCURIO, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** TY BURNS, Tulsa City Hall: 175 E 2nd ST., Tulsa, OK 74103-3202

**Manner of Service:** Personal/Individual, June 6, 2022, 2:01 om CDT voluntarily accepted by the Servee, TY BURNS, who answered "YES" when named

**Documents:** Summons (Received May 27, 2022 at 2:00am CDT), Complaint (Received May 27, 2022 at 2:00am CDT)

**Additional Comments:**

**Fees:** $78.77

*[signature]*                             06/07/2022

THOMAS DI MERCURIO                        Date
2021-31

Oklahoma Legal Document Process Servers
11063-D S. Memorial Drive 506
Tulsa, OK 74133
(918) 887-8153

# IN THE DISTRICT COURT FOR TULSA COUNTY
## STATE OF OKLAHOMA

1. LADONNA PARIS, an individual, )
   )
   Plaintiff )
   )
v. )
   )
1. RONNI CARROCIA, an individual; )
   )
2. DAYLAN ROOT, an individual; ) Case No.: CJ-2022-01434
   )
3. TY BURNS, an individual; )
   )
4. CITY OF TULSA, a municipal )
   corporation; )
   )
5. GEORGE THERON BYNUM IV, an )
   individual; )
   )
   Defendants. )

## SUMMONS

To the above-named Defendant:  Ty Burns
PERSONAL DELIVERY

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court of the above address within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this _____ day of _____May_____, 20____.

DON NEWBERRY, COURT CLERK

By:_____

(SEAL)

This Summons was served on: June 6, 2022
(Date of Service)

_Thomas De Mercer_ (signature)
Signature of person serving summons
2021-31

**Attorneys for Plaintiffs:**

Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
**Solomon Simmons Law**
601 South Boulder Avenue, Suite 600
Tulsa, Oklahoma 74119
(918) 551-8999—Office
(918) 582-6106—Fax
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS**