IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1)  LADONNA PARIS,

      Plaintiff,

vs.                                                                Case No. 22-CV-235-TCK-JFJ

(1)  RONNI CARROCIA, *et al*.,

      Defendants.

## **ENTRY OF APPEARANCE**

     I, Jeffrey C. Hendrickson of the firm Pierce Couch Hendrickson Baysinger &
Green, L.L.P., hereby enter my appearance as counsel of record for Defendants Ronni
Carrocia and Ty Burns in the above-styled action. I certify that I am admitted to practice
in this Court and am registered to file documents electronically in this Court.

Date: June 20, 2021            s/ Jeffrey C. Hendrickson
                                   Jeffrey C. Hendrickson, OBA #32798
                                     **PIERCE COUCH HENDRICKSON**
                                     **BAYSINGER & GREEN, L.L.P.**
                                     1109 North Francis Avenue
                                     Oklahoma City, Oklahoma 73106
                                     Telephone: (405) 235-1611
                                     Facsimile: (405) 235-2904
                                     jhendrickson@piercecouch.com

                                     *Attorney for Defendants*
                                     *Ronni Carrocia and Ty Burns*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2022, I electronically submitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Damario Solomon-Simmons     dss@solomonsimmons.com
J. Spencer Bryan     jsbryan@bryanterrill.com
R. Lawson Vaughn, III     lvaughn@cityoftulsa.org
Hayes Thomas Martin     hmartin@cityoftulsa.org

s/ Jeffrey C. Hendrickson
Jeffrey C. Hendrickson