IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) LADONNA PARIS,

    Plaintiff,

vs.

(1) RONNI CARROCIA, *et al.*,

    Defendants.

Case No. 22-CV-235-TCK-JFJ

## **ENTRY OF APPEARANCE**

I, Robert S. Lafferrandre of the firm Pierce Couch Hendrickson Baysinger & Green, L.L.P., hereby enter my appearance as counsel of record for Defendants Ronni Carrocia and Ty Burns in the above-styled action. I certify that I am admitted to practice in this Court and am registered to file documents electronically in this Court.

Date: June 21, 2021

s/ Robert S. Lafferrandre
Robert S. Lafferrandre, OBA #11897
**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, L.L.P.**
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com

*Attorney for Defendants*
*Ronni Carrocia and Ty Burns*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, I electronically submitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Damario Solomon-Simmons | dss@solomonsimmons.com |
| J. Spencer Bryan | jsbryan@bryanterrill.com |
| R. Lawson Vaughn, III | lvaughn@cityoftulsa.org |
| Hayes Thomas Martin | hmartin@cityoftulsa.org |

s/ Robert S. Lafferrandre
Robert S. Lafferrandre