IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

1. LADONNA PARIS,

   Plaintiff

v.

1. RONNI CARROCIA, *et al.,*

   Defendants.

Case No.: 22-CV-235-TCK-JFJ

**ENTRY OF APPEARANCE**

I, Kymberli J.M. Heckenkemper of the firm **SOLOMON SIMMONS LAW, P.L.L.C.**, hereby enter my appearance as counsel of record for Plaintiff LaDonna Paris in the above-styled action. I certify that I am admitted to practice in this Court and am registered to file documents electronically in this Court.

Respectfully submitted,

_____
Kymberli J. M. Heckenkemper, OBA # 33524
**SOLOMON SIMMONS LAW, P.L.L.C.**
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:     (918) 558-8039
Email: kheckenkemper@solomonsimmons.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2022, I electronically submitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Damario Solomon-Simmons dss@solomonsimmons.com
J. Spencer Bryan jsbryan@bryanterrill.com
R. Lawson Vaughn, III lvaughn@cityoftulsa.org
Hayes Thomas Martin hmartin@cityoftulsa.org
Jeffrey Hendrickson jhendrickson@piercecouch.com
Robert Lafferrandre rlafferrandre@piercecouch.com

                                                _____
                                                Kymberli J.M. Heckenkemper