# UNITED STATES DISTRICT COURT
for the
United States District Court for the Northern District of Oklahoma

| | |
|---|---|
| La Donna Paris | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-00235-TKF-JFJ |
| | ) |
| City of Tulsa, Ronni Carrocia, Daylan Root, Ty Burns, G T Bynum, IV | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     G T BYNUM, IV

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      SolomonSimmonsLaw , Emma Weinberg , 601 S BOULDER AVE Suite 600 ,
      TULSA, OK 74119-1300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                       *CLERK OF COURT*

Date: _____        _____
                                                 *Signature of Clerk or Deputy Clerk*

Civil Action No. 4:22-cv-00235-TKF-JFJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>G T BYNUM, IV</u> was received by me on *(date)* <u>Jun 15, 2022, 11:04 pm</u>.

- [X] I personally served the summons on the individual at *(place)* <u>Tulsa City Hall, 175 E 2nd Street, Tulsa, OK 74103</u> on *(date)* <u>Wed, Jun 15 2022 at 2:56 pm</u> ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [X] Other: <u>Documents served along with the Summons in a Civil Action issued on June 3, 2022, Complaint filed May 10, 2022 in District Court of Tulsa County, Case# CJ-2022-01434, Notice of Filing Notice of Removal, filed May 21, 2022, & Supplement to Notice of Removal, filed June 6, 2022</u> ; or

My fees are $ <u>50.00</u> for pickup of documents for travel and $ <u>75.00</u> for services, for a total of $ <u>$125.00</u>.

I declare under penalty of perjury that this information is true.

Date: 06/15/2022

*Server's signature*

THOMAS DI MERCURIO 2021-31
*Printed name and title*

11063-D S. Memorial Drive 506, Tulsa, OK 74133
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 15, 2022, 2:56 pm CDT at City Hall, City of Tulsa: 175 E 2nd Street, Tulsa, OK 74103 received by G T BYNUM, IV. Age: 44; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'10"; Hair: Brown; Personal/ Individual Service