# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

|   |   |
|---|---|
| 1. LADONNA PARIS, <br><br> Plaintiff <br><br> v. <br><br> 1. RONNI CARROCIA, *et al.,* <br><br> Defendants. | Case No.: 22-CV-235-TCK-JFJ |

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT

Plaintiff LaDonna Paris and Defendants City of Tulsa, Ronni Carrocia and Ty Burns (the "Parties") jointly move this Court for an extension of the deadline for the parties to file a Joint Status Report. In support, the Parties submit as follows:

1. The Court ordered the parties to submit a Joint Status Report by July 8, 2022.

2. On June 21, 2022, the Court granted the unopposed motion of Defendants Ronni Carrocia and Ty Burns to extend their time to answer or otherwise respond to Plaintiff's Complaint to July 5, 2022.

3. Defendant George Theron Bynum IV's Answer to Plaintiff's Complaint is due on July 5, 2022.

4. Counsel for all parties are required to meet and confer regarding the Joint Status Report.

5. Plaintiff proposes an extension of 10 days to allow Defendants Carrocia, Burns, and Bynum to answer or otherwise respond and for the parties' counsel to meet and confer and prepare the Joint Status Report.

1

6. The requested extension would extend the deadline for the Joint Status Report to July 18, 2022.

7. No one has entered an appearance for Defendant Bynum and he has not answered or otherwise responded as of the time of this filing. Service has not yet been obtained on Daylan Root.

8. Granting this motion will neither delay the administration of this case nor prejudice the parties.

**WHEREFORE**, premises considered, the Parties respectfully request that the Court enter an order extending the deadline for the parties to submit a Joint Status Report.

Respectfully submitted,

*(signature)*

**SOLOMON SIMMONS LAW, P.L.L.C.**
Damario Solomon-Simmons, OBA No. 20340
Kymberli J. M. Heckenkemper, OBA No. 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 558-8039
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

*-and-*

**BRYAN & TERRILL LAW, P.L.L.C.**
J. Spencer Bryan, OBA No. 19419
Steven J. Terrill, OBA No. 20869
3015 E. Skelly Dr., Suite 400
Tulsa, Oklahoma 74105
(918) 935-2777 - Phone
(918) 935-2777 - Facsimile
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

*Attorneys for Plaintiff*

/s/*Jeffrey C. Hendrickson*
**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, L.L.P.**
Jeffrey C. Hendrickson, OBA No. 32798
Robert S. Lafferrandre, OBA No. 11897
1109 N. Francis Ave.
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jhendrickson@piercecouch.com
rlafferrandre@piercecouch.com

***Attorneys for Defendants Ronni Carrocia & Ty Burns***

/s/*R. Lawson Vaughn*
**CITY OF TULSA LEGAL DEPARTMENT**
R. Lawson Vaughn OBA No. 21557
Hayes Martin OBA No. 32059
175 E. 2nd St., Suite 685
Tulsa, OK 74103
Telephone: (918) 596-7717
Facsimile (918) 596-9700
lvaughn@cityoftulsa.org
hmartin@cityoftulsa.org

***Attorneys for Defendant City of Tulsa***