# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. LADONNA PARIS, an individual<br><br>Plaintiff,<br><br>v.<br><br>1. RONNI CARROCIA, an individual;<br>2. DAYLAN ROOT, an individual;<br>3. TY BURNS, an individual;<br>4. CITY OF TULSA, a municipal corporation;<br>5. GEORGE THERON BYNUM IV, an individual;<br><br>Defendants. | Case No.: 4:22-CV-235-TCK-JFJ |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record, please enter my appearance for Plaintiff Ladonna Paris..

I certify that I am admitted or otherwise authorized to practice in this court and am registered to file documents electronically with this Court.

Respectfully submitted,

BRYAN & TERRILL

*s/Steven J. Terrill*
Steven J. Terrill, OBA # 20869
BRYAN & TERRILL LAW, PLLC
3015 E. Skelly Dr., Suite 400
Tulsa, OK 74105
T/F:   (918) 935-2777
sjterrill@bryanterrill.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on the 11th day of July, 2022, a complete and accurate copy of the foregoing instrument was served electronically to the Clerk of the Court using the ECF system for filing and transmittal of a notice of electronic filing to the counsel of record in this case.

_s/Steven J. Terrill_____
Steven J. Terrill