

SKIP NAVIGATION

☰ ▶ YouTube

🔍 🎤 ⋮ 👤 SIGN IN



📍 TULSA

# LADONNA PARIS TULSA PD ARREST VIDEO

67,306 views • Mar 30, 2022

👍 443 👎 DISLIKE ➕ SAVE ⋯

Chris Williams
110 subscribers

SUBSCRIBE

Notice      Age-restricted video (based on Community Guidelines)

SHOW MORE

434 Comments      ≡ SORT BY

👤 Add a comment...

Highlighted comment

 Brandi Coomer 3 months ago

SKIP NAVIGATION

...palling!!! That's exactly why nobody has respect for these pigs!!! Then going to charge her

 

☰  ▶ YouTube

🔍  🎤  ⋮  👤 SIGN IN

⚲ Pinned by Chris Williams

 Chris Williams  3 months ago

THANK YOU ALL so much for your support!

PLEASE SIGN THIS PETITION so we can hold Officer Carroccia accountable. 

https://actionnetwork.org/petitions/demand-that-mayor-bynum-fire-tulsa-police-department-officer-ronni-carrocia/

👍 15  👎    REPLY

▼ View 2 replies from Chris Williams and others

 peaceseeker64  3 months ago

This is shocking and very sad. Not an ounce of compassion shown. Unbelievable!

👍 37  👎    REPLY

 Tamara Glenn  3 months ago

The conduct of these officers is absolutely despicable and unacceptable! They should all be fired immediately and be sentenced to stay in a mental health facility to be educated. Officers like this are a disgrace as well as the departments who tolerate this behavior. It creates a dangerous situation for fellow officers who actually care about the community they live in.  So it's not hard to imagine why …

Read more

👍 145  👎    REPLY

▼ View 7 replies

 Jose Corujo  3 months ago

She was enjoying being a bully and openly admitting it on camera.  What a display of absolute lack of professionalism. Elected officials are doing nothing about reforming police because they want to be on good terms with them and don't want to be the one to come and disrupt their little party. Nationwide phenomenon.  That officers behavior is disgusting, and for their management to come out and say …

👍 30  👎    REPLY

 Diel With Life  3 months ago

These disrespectful, disgusting police officers make me sick. Laughing/taunting is not "law enforcement"; it is harassment and abuse. It says they should be held accountable.. I agree. But what can I do?

👍 90  👎    REPLY

▼ View 4 replies

 Punte Dai  3 months ago

And yet people support these bullies, and say things like "just follow their order..... just comply, and

SKIP NAVIGATION

    

≡  ▶ YouTube                    🔍  🎤     ⋮    👤 SIGN IN

 View 3 replies

 **Mayberry Rebel** 3 months ago
The police delight in the pain and terror they inflict.

👍 92    👎     REPLY

🔽 **View 6 replies**

 **Ashley Brown** 3 months ago
How.  She's an old woman. How do you find joy in this.  My heart breaks just watching this.  How is this
fun to you! Why did this happen? I'm so sad for this woman.  As someone who's worked with mentally
I'll they do not understand as we do.  Their reality is scary.  And all of this could've been avoided.
Shame on you.

👍 68    👎     REPLY

🔽 **View 2 replies**

 **Yvonne Lee** 3 months ago
I will say it again; People should not be paid when they are found to behave like this and their penalties
should be severe and swift so as to discourage the perpetuation of it. This is a culture of abuse of
power not aimed at a particular person but as to their accountability for their actions in connection
with the abuse. They are public servants serving as a public nuisance. I feel sorry for their immediate …
Read more

👍 31    👎     REPLY

🔽 **View 2 replies**

 **Janet Torres** 3 months ago
I know this police officer and have lost every ounce of respect for her! This is not ok and I hope she
gets what she deserves and not just a little slap on the hand!

👍 80    👎     REPLY

🔽 **View 15 replies**

 **A Feeback** 3 months ago
Thank goodness the charges against LaDonna were dismissed. I'm not sure which of the horrific
actions but TPD offend me the most:  The taunting and laughing?  The intentional escalation of the
situation & unwillingness to demonstrate the ability to have patient and empathetic discussion with
her? The obvious disrespect for a senior citizen in a mental health crisis? The 100% use of excessive …
Read more

👍 55    👎     REPLY

🔽 **View 7 replies**

SKIP NAVIGATION

SKIP NAVIGATION

 YouTube

🔍 🎤 ⋮  👤 SIGN IN

and Serve"?
She really needs to be fired from her job and she seems to need some psychiatric counseling herself…

👍 17  👎  REPLY

▼ View 2 replies

 **Tiffany Smith** 3 months ago
The behavior of the police officers is reprehensible. This is so disturbing and every last one of them should be FIRED!

👍 58  👎  REPLY

▼ View reply

 **SueySideUp** 3 months ago
This is why you don't call 911 on your friends that are dealing with a mental health crisis. You take them to the hospital yourself.

👍 6  👎  REPLY

 **Vee M.** 3 months ago
UNBELIEVABLE I'm bipolar and this is terrifying my god

👍 12  👎  REPLY

 **Sandra M** 2 months ago
Wow. The lack of compassion and empathy that she's showing a person that's obviously in an emotionally and mentally disturbance is incomprehensible and disturbing. She obviously taunted her and escalated this situation. This officer was so unprofessional and abusive. I have no words.

👍 2  👎  REPLY

 **theantichrist thethirdantichrist** 3 months ago
People on here saying they hate the cops and are scared of cops and don't trust cops are justified in their opinions. That's a fact.

👍 50  👎  REPLY

 **Cecil Hayden** 3 months ago
This is so triggering. Makes me want to fly to Tulsa and find all three of them especially Ronni. And then she lies to the EMT along with a clear display of lack of compassion to the injured elder.

👍 24  👎  REPLY

 **Trina Littlefield** 2 weeks ago
Gotta love how cops can just trump up some charges on you, and there's literally NOTHING you can do
bout it until it gets sorted out. Whether that's an hour, a month, or 25 years later. And why

SKIP NAVIGATION

  YouTube

🔍 🎤 ⋮ 👤 SIGN IN

 **Marty Floyd** 3 months ago
I can not believe that these officers are not in jail themselves. I feel so bad for this lady. I hope the officers are delt with properly.

👍 15 👎 REPLY

 **Heather March** 3 months ago
This kind of stuff terrifies me. My brother us special needs and I worry that he could have an encounter like this some day. The mental ones are the people with no compassion; they're soulless

👍 2 👎 REPLY

 **Ronnie Boose** 3 months ago
Excellent work officers, you really protected the fuck out of a frail old lady.

👍 7 👎 REPLY

 **Cassandra Clapp** 3 months ago
This is why I left Tulsa. Not to mention I had a mental man break into my home was in it for 4-6 hours with them telling me he didn't break a law. Prior he took a key off my key chain while I stepped out to take my dog out. My keys were hanging by my door. This department is unruly. And borders on mental themselves.

👍 25 👎 REPLY

 **FLOSSY 4 LIFE** 3 months ago
I currently reside in Tulsa and that video made me literally sick to my stomach. That officer needs to be criminally charged. She conveniently omitted a lot of key information out of her report on that incident imagine what else she's doing on other stops. She is a complete and utter disgrace to the badge and needs it removed from her. She also needs a lawsuit slapped on her! That couldn't be my mother that …

👍 32 👎 REPLY

🔽 **View reply**

 **Zack Moore** 3 months ago
This is incredibly disgusting for me to watch but I'm glad the technology we have today always exposes sick cops like this. I really hope they all get held accountable.

👍 5 👎 REPLY

 **kel2580** 3 months ago
To handle an elderly person with that much disrespect merits each officer involved immediate termination! We are told to trust the police, but how are we allowed to do so when their actions direct us to protect ourselves from the police?

SKIP NAVIGATION



≡  ▶ YouTube                                                🔍  🎤  ⋮  [ 👤 SIGN IN ]

didn't know what mental state she was in, they should have never taunted her...and to laugh and egg it on and escalate the situation is disgusting!! To top it all off, u can tell it's not a one off situation due to the facts that they are all so comfortable with her actions and laughing along...

👍 12    👎    REPLY

 **Jose Jordan** 2 months ago

poor lady. i hate the fact that these cops acknowledged that she needed mental help and ended up choosing to physically engage in a forceful manner. i hope that she gets the real help she needs.

👍 1    👎    REPLY

 **Travis p** 3 months ago (edited)

If that  had been my mom,Have mercy on my soul because my free life as I know it would definitely be over,I mean that!!!!!

👍 8    👎    REPLY

 **thriedshrimp** 3 months ago

Wowwwww sooo proffessionalllll, great job TPD my 8 year old mute brother could handle this situation better than TPD

👍 20    👎    REPLY

 **Eric Weiler** 2 months ago

I was coming here expecting to support the police but this is upsetting.  Dealing with those affected by mental health is extremely difficult-even for the professionals who do work with mentally ill people on a daily basis.  To taunt someone who is having a mental health episode is absolutely appalling, especially by police.  I'm not sure what this woman did, but this could have been handled differently.  …

Read more

👍 1    👎    REPLY

 **Justin&Kimberly Rowley** 3 months ago

Wow this was my best friend ALL through school we lost touch about 10-15 years ago I'm just at a loss for words I could never do anyone like that 💔 😔 they definitely was out of line and should be fired! And I back the blue 100% these officers don't deserve to be called police

👍 25    👎    REPLY

▼ View 5 replies

 **Dorisa Garcia** 3 months ago

This is so sad & heartbreaking. God bless this lady. Something has to be done to these officers.

👍 3    👎    REPLY

SKIP NAVIGATION

SKIP NAVIGATION

 YouTube                                    🔍  🎤  ⋮  👤 SIGN IN

https://www.youtube.com/g p e a e e r

👍 2   👎   REPLY

 **Jazzy Jones** 3 months ago
I keep saying people that when President Ronald Reagan, and it may have been governor Ronald Reagan. Started emptying mental hospitals, All those patients were dumped onto the street in the 80s. it was a disaster in California. I was a teenager but I remember it very well. In a years time we started seeing homeless people in downtown LA and all over the city of Santa Monica, at Lafayette Park , …

👍 5   👎   REPLY

 **GreystoneMom** 3 months ago
I have no words. Prayers that the older woman finds help and peace.

👍 2   👎   REPLY

🔽 View reply

 **Skaven** 3 months ago
Another day, another incident of a PD doing dogshit things. Are any of us really shocked at this point?

👍 24   👎   REPLY

🔽 View reply

 **Bronco Teño** 3 months ago
One of the charges was cruelty to animals? So the pigs admitted they are pigs? Good job Tulsa, played yoself.

👍 2   👎   REPLY

 **J Albert** 3 months ago
I live in Tulsa, can confirm Tulsa cops can be total trash examples of human beings, not enough oversight into the behavior of their own team but they could probably care less.

👍 21   👎   REPLY

🔽 View 3 replies

 **Noneya Beesness** 3 months ago
So much for some thinking female police officers would treat people better. That female officer definitely has a cruel streak. Despicable. I am so sad for that woman and how scared she must have been. Why not just have the fire department come and pop the door open (and be ready if she had started a fire)? I hope she gets the mental health treatment she needs and a safe place to live.

👍 7   👎   REPLY

SKIP NAVIGATION

 YouTube                            SIGN IN

the USA. I've lived in Tulsa since 1978 and this is standard procedure for them.

👍 5   👎   REPLY

 **JesusIsKing01** 3 months ago
This is so sad. I have a loved one with bipolar and has manic episodes often. So sad some police act this way.

👍 1   👎   REPLY

 **M**  **Michael Toney** 2 months ago (edited)
The TPD Officers made this way worse than it had to be. Did they even try to calm the lady down before the video started. Because the tapping/banging on the door and theats of harm made it 100× worse because any time spent trying to calm her is lost and you have made it even worse. You made someone having mental breakdown even more scared. I sure hope this isnt the team trained to deal …

**Read more**

👍 1   👎   REPLY

 **L**  **Linda Lannom** 1 month ago
This is appalling!!!  They spent so much money on a Mental Healtg unit & police team at the jail so this wouldn't happen anymore!! That woman cop needs FIRED!!!

👍 1   👎   REPLY

 **J**  **Jerome McCollom** 3 months ago
That 250 plus pound cop tackled a woman less then half his weight, who was having mental distress. Police unions protect these cops, VOTE OUT any politicians endorsed by a police union. If they are endorsed by a police union that usually means they don't really give a damn about police brutality as an issue, if they did the police union wouldn't have endorsed them.

👍 10   👎   REPLY

⌄ **View reply**

 **m**  **mdmarko** 3 months ago
Simply no excuse for the police's actions.  What if that was one of their relatives being abused by their fellow officers?  Hope Ms. Paris sues the pants off the police department and these officers individually.  Incidents like this just provide fuel to those who want the police defunded.

👍 5   👎   REPLY

 **J**  **Jazzy Jones** 3 months ago
It makes me fear what can happened to my older sister , this is truly frightening. Thank you for exposing this video because it's the main weapon we have. It's unfortunate that many white



   SIGN IN

👍 2    👎    REPLY

**P Cag** 3 months ago
The female blond officer should be held accountable for the way she handled this woman. She clearly made fun of the woman and thought it would be fun to deal with her. She added to the distress of the medical problem. The officer should be stripped of her badge and taken off duty.

👍 9    👎    REPLY

**Maria Guzman** 2 months ago
I just realized I will be going to jail if I ever experience this with my mother and law enforcement. Sobering. Scary but a realization of reality. I will go to jail and for a long time. But I'll smile the whole way.

👍 1    👎    REPLY

**Pat Reed** 3 months ago
OMG…. They deserve so much more than being fired. Goes above and beyond unacceptable and cruel.

👍 3    👎    REPLY

**Aaron Oyler** 3 months ago
Don't have the words to describe how horrible this is.  The American dream has turned out to be an American nightmare.

👍 1    👎    REPLY

**Jerome McCollom** 3 months ago
This is a prime example why qualified immediately must go away, now.

👍 3    👎    REPLY

**Linda Kelty** 3 months ago
Police abuse requires weeding out individuals who perceive instances like this as fun. Sadism has no place in police work.

👍 3    👎    REPLY

**Jamie Martinez** 3 months ago
This is so awful 😢

👍 10    👎    REPLY

**PK Knight** 3 months ago
I so hope these officers are treated with the same callous disregard that they treated this poor woman. woman witnessing her attitudes just makes me want to go after them. Horrible people!!!

SKIP NAVIGATION

  **YouTube**

🔍 🎤 ⋮ 👤 SIGN IN

 **Sandy Ribeiro** 3 months ago

The fact that the officers recognize there's a mental health issue and making fun of it is disturbing. I'm all for police but not everyone should be in this job. I'd not want to be a family member in their care either, because this behavior is these officers conduct no matter where they are. Does Tulsa do Psychological evaluations on officers?? They need to. All police departments should.

👍 1  👎   REPLY

 **Barbara Burden** 2 months ago

After watching whole video, everyone involved should be fired immediately!

👍 2  👎   REPLY

 **George Washburn** 3 months ago (edited)

I foresee a lawsuit against the department and city. Unfortunately, I believe the abusive officers are covered by qualified immunity.

👍 1  👎   REPLY

🔽 **View reply from Chris Williams**

 **Ubroke Mett** 3 weeks ago

the behavior of the officers, esp. the female officer, is insidious & absolutely disgusting...their actions only intensified the situation & Ms. Paris's mental health issues. I'm completely disgusted. Thank you for sharing this video!

👍 1  👎   REPLY

 **Marisa Winegar** 3 months ago

If she had actually sprayed them with hairspray and tried to set a fire, why don't they have any video evidence of that?  I don't believe these callous liars who think rules don't apply to them.

👍 3  👎   REPLY

 **Chief Master Guru** 3 months ago

Every day I miss Christopher Dorner

👍   👎   REPLY

 **LaVonna Bryant** 10 days ago

FIRE HER. That was the meanest thing I have ever seen. Poor lady. I'm in shock over this😢

👍   👎   REPLY

Ⓒ **Chris H** 3 months ago (edited)

These officers could have handled this in a different manor. Example, find out what her favorite drink is, go get one and have her come out to get it. Talk to her as a human being not add to her already

SKIP NAVIGATION

  YouTube

🔍 🎤 ⋮   SIGN IN

👍 2  👎  REPLY

 **Napturals Finest** 3 months ago
Tulsa native. So glad I changed my major. I could never be on their team.

👍 24  👎  REPLY

▼ View reply

 **LittleLaVs** 3 months ago
This is an example of a bad Cop. I fully support LEOs but there are bad Apples who need to lose their job and be held accountable. The fact that she lied in her report should have her out of a job and barred from any police force. Women can far exceed men in the cruelty department and it's sickening to witness.

👍 1  👎  REPLY

 **TheGreekbull** 3 months ago
The actions in this video were reprehensible and should not be tolerated. But, Police are people and there will be bad apples in any organization.  99.9% of the TPD are great people out there every single day having to put up with the absolute worst of society and you never see one second of it.  They willingly put their life on the line to protect us. I will always back the Blue.

👍 1  👎  REPLY

▼ View 4 replies

 **Highball 734** 3 months ago
Sigh.....did she just graduate the academy?  Who in the hell still says "play stupid games win stupid prizes"?

👍 1  👎  REPLY

 **CI Smith** 2 months ago
How is a person having a mental breakdown expected to be RATIONAL?

👍  👎  REPLY

 **Autumn Faith** 2 months ago
the way the woman officer is so excited to hurt someone is so sickening.

👍  👎  REPLY

 **Yanira Torres** 3 months ago
Videos like this make me so angry 😠 karma will come back to all those bastards who laughed at her and treated her that way. I hope they get taunted like this in jail

REPLY

    

 **P-Nut Yhc** 3 months ago
Nothing funny about this! And just because you're a cop doesn't mean you get to tell me what to do either.

👍 15  👎  REPLY

 **Just Me** 3 months ago
OMG HOW SICK AND TWISTED IS THIS LADY OFFICER!!! WHAT IS HER ISSUE??

👍  👎  REPLY

 **Paper Man** 3 months ago
"This is gonna be so fun!". what the fuck

👍 14  👎  REPLY

 **usmc raid** 3 months ago
It amazes me how many loosers law enforcement employs throughout the world….

👍  👎  REPLY

 **ScarlettM** 2 months ago
This is an example of very few bad apples in police. The city and police department should settle, because they are not winning this lawsuit with this video put before jury.

👍 1  👎  REPLY

 **Mandi Justice** 3 months ago
Wtf is wrong with ppl? Is that how she would want her family treated? They are supposed to be the ones to make us feel safe

👍 2  👎  REPLY

 **Howard Wooldridge** 3 months ago
As a cop, I am disgusted...put me on the jury for about 100,000 dollars

👍 1  👎  REPLY

 **J josephm** 3 months ago
I wouldn't want to be that blonde haired cop. She is now known

👍 5  👎  REPLY

 **Yaya** 3 months ago
These people are a disgrace to law enforcement and should be fired and arrested.

SKIP NAVIGATION

 ≡ YouTube                                    🔍  🎤  ⋮   SIGN IN

 They better be fired

👍 6   👎      REPLY

 **michael eli** 3 months ago
Monsters and killers.

👍 9   👎      REPLY

 **kuriousk72** 4 weeks ago (edited)
That Broad should be extremely ashamed of Herself! To do what She was doing to an elderly woman, whom was clearly suffering from a mental breakdown, is beyond reprehensible! She deserves to be fired as well as sued! I hope the elderly woman is doing better, and I also hope She wins Her lawsuit! That so called Cop totally misused the "power" She was entrusted with, taunting not only someone …

Read more

👍 1   👎      REPLY

 **Irving Castillo** 3 months ago
Brutal its normal this days nobody does nothing about they are probably watching the video laughing and having fun on their paid vacation i mean suspencion

👍 4   👎      REPLY

 **Mike Moon** 3 months ago
Sickening, they'll be fine little stormtroopers.

👍      👎      REPLY

 **MegensBay** 3 months ago (edited)
I hope the woman's family sues the PD. She's bipolar who had a manic episode and probably doesn't remember anything. Truly disgusting situation. A month in jail with no medical attention whose trumped up charges were dismissed by a judge. That female officer should definitely be fired for escalating the situation and treating it as a joke. If the woman was in the bathroom 5 hours seems lik…

Read more

👍 2   👎      REPLY

 **Kelly From OK** 3 months ago
Dang, they didn't even  try to talk to her or find out what would work. Unprofessional.

👍 11   👎      REPLY

▼ View 3 replies

 **Ramona Shipley** 3 months ago
That female cop taunting a woman in a crisis this is so awful

SKIP NAVIGATION



☰  ▶ YouTube                                              🔍  🎤  ⋮  | 👤 SIGN IN |


**financemanager74017** · 3 months ago (edited)
If this was your business and had to deal with nutcases you would have called the cops too. I have to deal with the mentally ill and sometimes there isn't any other way to go about it. They need to go back to institutionalizing the mentally ill.

👍 1   👎      REPLY


**Lisa Carlsen** · 3 months ago
This is one of the most disgusting videos I've ever seen . All them officers , especially the woman officer , need to be fired 😡 !!

👍   👎      REPLY


**wwaynemcg** · 2 months ago
What a slanted/twisted view you're presenting.  A crisis response team, or a mental health expert would have fared no better.  Some folks cannot be helped.

👍   👎      REPLY


**Neekityneek Fam** · 3 months ago
Every cops involved in this arrest needs to be fired and prosecuted. Cop said it herself play stupid games win stupid prizes and these cops played stupid games. Idgaf that was no way to treat a human.

👍 1   👎      REPLY


**Joshua** · 3 months ago
Clearly these officers also need a mental evaluation.

👍   👎      REPLY

B  **Brit Heller** · 2 months ago
That female cop should be the first one fired!

👍   👎      REPLY


**Brother Clementine** · 3 months ago
Justice for Ladonna!

👍 10   👎      REPLY

T  **Tracy Richards** · 1 month ago
This is disgusting! That blonde cop needs a dose of karma. Maybe in the form of late onset bipolar herself. That's a grandma having a mental break. Sickening!

👍 1   👎      REPLY

**haloover** · 3 months ago

SKIP NAVIGATION

  YouTube

🔍  🎤  ⋮   SIGN IN

 **c. randall** 1 month ago
Very disturbing and disheartening 😪

👍 1  👎    REPLY

 **Sid Weiss** 3 months ago
Regardless. That female cop is cruel

👍 2  👎    REPLY

 **Russell Mills** 3 months ago
Chris I sent you a FB FR, I'm a reporter in Tulsa. Have also reached out to TPD for comment.

👍 35  👎    REPLY

🔽 View 9 replies

 **Yah land duh Conwell** 3 months ago
Where's the cruelty to animal charge coming from?

👍 1  👎    REPLY

 **Ronda Edge** 3 months ago
They all need to be fired!!!!

👍 7  👎    REPLY

 **Ramona Shipley** 3 months ago
And we are supposed to feel safe in a community where women treat other women this way

👍  👎    REPLY

 **TheMadAfrican1** 3 months ago
Jesus H Christ. All of these "officers" should be fired immediately, then charged with assault. Every. Single. One.

👍  👎    REPLY

 **Jeni Morrow** 3 months ago
I hope she lost her job and faced some prosecution or additional consequence for HER actions

👍  👎    REPLY

 **SkeksisRule** 3 months ago
Pure sadism. Bullies and sadists are attracted to jobs that give them power over vulnerable people.

👍  👎    REPLY

SKIP NAVIGATION

  ▶ YouTube    🔍  🎤  ⋮  👤 SIGN IN

👍 5    👎    REPLY

 **ROBIN Thaxton** 3 months ago
The police officers apparently do not know how to handle mental I'll ppl. This female cop had no compassion she is purely enjoying taunting his woman. She should be dis barred. Tulsa police I thought you were better than this.

👍    👎    REPLY

 **Shirley Denton** 2 months ago
How is this allowed in this country.  The smirking cop who was outside the bathroom smirking, and the cop who crashed in and threw this elderly woman to the floor should absolutely be arrested.  There is never a reason to brutalize, and policemen should be held to a different standard, as they should be trained to deescalate.  Arrest these officers, because they were more out of line than I have ever seen…

Read more

👍    👎    REPLY

 **Chris R.** 3 months ago
Protecting and serving the shit out of you.  

👍    👎    REPLY

 **Thomas Klauss** 3 months ago
For her is funny tormenting old people... She loves it. That's why she became a policewoman, to abuse weaker people. And police departments look for that kind of people...

👍 3    👎    REPLY

**AK R** 2 months ago
they should be fired period with license revoked

👍    👎    REPLY

 **Ricardo** 3 months ago
Ronni Carrocia cop in Tulsa,  did this despicable act and she loves it. she and her colleagues are very bad people. Surely she is considered a roll model by her family

👍 2    👎    REPLY

 **Owen Geberth** 2 months ago
Completely unprofessional behavior. Disgraceful.

👍    👎    REPLY

**Kevin Funkhouser** 2 months ago

SKIP NAVIGATION

SKIP NAVIGATION

 YouTube

🔍   🎤   ⋮   👤 SIGN IN

 **lisa smith** 3 months ago
And they think they should be respected and they give no respect. They're bullies with badges
👍   👎      REPLY

 **SG** 3 months ago
Just another day in OK... RIP Terence Crutcher.
👍   👎      REPLY

 **neekx 8585** 3 months ago
😭 😭 😭 I hope all of them get the worst case of karma
👍   👎      REPLY

 **K velly** 3 months ago (edited)
!! Disgusting !! These officers goin to hell for this ! I don't Believe in Karma but I Believe in balance and Their behaviours are never going to change so its only going to align them into the fates/cells waiting for them! these arrogant terrorises time almost up life's got a way balancing out these sorts of issues. (especially) the fat one lol
👍   👎      REPLY

**K** **KonaRider** 3 months ago
Id love to give the tall blonde  a serious attitude adjustment
👍   👎      REPLY

**T** **Tabitha Closterman** 3 months ago
More police officers abusing their power. 
👍 8   👎      REPLY

 **AmusedChild** 3 months ago
Despicable.
👍   👎      REPLY

**M** **Marquez Shine** 3 months ago
She has to get fired
👍   👎      REPLY

 **Maranda Parent** 3 months ago
oh my gosh i can't even watch this
👍 2   👎      REPLY

SKIP NAVIGATION

SKIP NAVIGATION

  YouTube

REPLY

 **Jazmin Sigala** 3 months ago

This is so disappointing

REPLY

 **Jazmin Sigala** 3 months ago

I'm NO WAY of harming them

REPLY

 **Maple Nelson** 3 months ago

Anyone have info on the officers' info?

REPLY

 **J K** 3 months ago

Sure they all received the same treatment. And loss of job permanently.

REPLY

 **wildflower11rain** 3 months ago

I'm so tired of this shit

👍 4    👎    REPLY

 **Dustin Tramel** 2 months ago

These officers need to me made an example.. fire them.

REPLY

 **carina fuentes** 3 months ago

This shit makes me sick

👍 3    👎    REPLY

 **thePROPHET** 3 months ago

I love my job till I lose it

REPLY

 **mickey mouse** 3 months ago (edited)

shes old with NO criminal record. wtf is their problem? even i know that you dont do that to ANYONE. especially someone so harmless. shes just scares and confused. poor girl. sure she had a lighter, but if she had explained, instead of taunting her and escalating the situation, im sure it would have been

SKIP NAVIGATION

    

 That female officer is absolutely disgusting she got off on taunting an elderly obviously distraught woman.. like tf...

👍  👎      REPLY

 **19thfallenpoet** 3 months ago

🐷 🐷 🐷 🐷

👍 5  👎      REPLY

 **Diana Owens** 1 month ago

Absolutely disgusting. She should not be a cop at all !!!!

👍 1  👎      REPLY

**R** **Robert Consoni** 2 months ago (edited)

People who are having a mental episode should not be handled by the police because all they do is wind up abusing them. This is what they call serving and protecting the public.

Hope these officers get five year prison sentence each like the other officer did that asulted the wome…

Read more

👍  👎      REPLY

 **Terri Loftus** 3 months ago

This is a disgrace.

👍  👎      REPLY

 **Jazmin Sigala** 3 months ago

She's not even armed

👍  👎      REPLY

 **Starr Lehner** 2 months ago

They have their god badges on

👍  👎      REPLY

 **J. Williams** 3 months ago

Wow. I was holding off to watch this video because I had to mentally prepare myself after reading the comments. I just watched some of it and it is worst than I could ever imagine. JUST WOW! These cops are walking demons. Of course, they will investigate themselves and will find no wrongdoing.

👍 1  👎      REPLY

SKIP NAVIGATION                                              go

SKIP NAVIGATION

  ▶ YouTube

🔍  🎤  ⋮  [ 👤 SIGN IN ]

 **Goodforyouman** 3 months ago (edited)

Zero compassion! Zero empathy! Cold and heartless! These thugs need to be fired and stripped of any right of ever being in public service again! They need to be arrested for assault!! I won't even insult pigs by calling them pigs! They are losers and the worst kind of criminals. My heart breaks for LaDonna and her family that has to live with what happened to her by the hands of the ones who took an oath to …

👍 1  👎  REPLY

**A** **Auto Grant** 3 months ago

Why is this unlisted?

👍 6  👎  REPLY

🔽 View 2 replies

 **Ann Dodson** 3 months ago

OMG!!!!!!!

👍  👎  REPLY

**G** **Gail Garabedian** 3 months ago

Maybe a big fat lawsuit will wake them up

👍  👎  REPLY

 **Maia Johnson** 3 months ago

The female officer NEEDS TO BE FIRED. Wtf is wrong wit her????

👍 10  👎  REPLY

🔽 View 3 replies

 **Randy Bryant** 3 months ago

Absolutely disgusting.

👍  👎  REPLY

**D** **Dawn Brooks** 3 months ago

I sure hope that female cop does not have children.

👍  👎  REPLY

**K** **Kenney McCall** 2 months ago

OMG WTF??

👍  👎  REPLY

SKIP NAVIGATION

  YouTube

🔍 🎤 ⋮ 👤 SIGN IN

👍 1 👎 REPLY

 **pullovr_ccso** 3 months ago
They laughing like they in fucking high school.

👍 1 👎 REPLY

 **Dood Monkey** 3 months ago
Only the finest people

👍 👎 REPLY

 **Joe Johnson** 2 months ago
People of all races, creed, color, ethnicity who call themselves Americans should be appalled by this and needs to march on this police department asap and demand their termination effective immediately.

👍 👎 REPLY

 **Melissa Pruitt** 3 months ago
This lady needs her fired and she shouldn't be put I'm any kind of position of another person life. Who are you to judge that lady let alot man handle that poor lady like u did. Someone needs to hold her responsible for her action and do her like she did tht elderly lady. Sick and sad that our law that we put our trust I to helping our communities are the most brutal ppl out there because they think they have a...

👍 👎 REPLY

 **skatethatbitch808** 3 months ago
just another violent gang

👍 1 👎 REPLY

 **eadora** 3 months ago
Sadistic Boar & Sow show their stuff - Law enforcement in the USofA

👍 👎 REPLY

 **Mel Solomon** 3 months ago
Disgusting

👍 2 👎 REPLY

**jack o'malley** 3 months ago
sociopathic cops

👍 1 👎 REPLY

⌄ View 2 replies

SKIP NAVIGATION

SKIP NAVIGATION

 

REPLY

**David Cross** 2 months ago
Petitions don't do anything

👍 👎 REPLY

**LilG** 3 months ago
Ronni Carrocia is a monster.

👍 👎 REPLY

**J-LEETHAL** 3 months ago
This is AmeriKKKa ❤️

👍 👎 REPLY

**InDEPTHwithDEON** 3 months ago
Wow

👍 4 👎 REPLY

**Jude Powers** 2 months ago
Horrifying

👍 👎 REPLY

**Sooner IntheBlueOasis** 3 months ago
Poor people and minorities in need of mental treatment are considered criminals NOT ill.

👍 8 👎 REPLY

🔽 View reply

**Kawanda P** 3 months ago
Horrible to do that to any human being they should all be fired.....

👍 👎 REPLY

**mrthomasfritz** 3 months ago
disgusting abuse, all their mother should be treated as kind.

👍 👎 REPLY

**Howgroovyisthat** 3 months ago
PLEASE SHARE THIS STORY FOR AWARENESS

👍 👎 REPLY

SKIP NAVIGATION



☰  ▶ YouTube    🔍  🎤  ⋮  [ 👤 SIGN IN ]

👍 👎 REPLY

 **Trina Hill** 3 months ago

Disgusting

👍 👎 REPLY

 **Aimen Arrak** 3 months ago

If this lady was white i do believe she would have received a way different treatment in my opinion but what do i know

👍 1 👎 REPLY

🔽 View reply

 paaasch 3 months ago

this is so absurdly grotesque & ignorant it feels satirical.

👍 1 👎 REPLY

🔽 View 2 replies from Chris Williams and others

 **Smilodon** 3 months ago

Devils.

👍 👎 REPLY

 **i_got_worms** 3 months ago

Filth.

👍 2 👎 REPLY

 **Problematic Bitch** 3 months ago

What are their names?

👍 3 👎 REPLY

🔽 View reply

 **Steve Jensen** 3 months ago

Ofcr Ronni Corracia is about to lose her job.

👍 9 👎 REPLY

🔽 View 2 replies

 **Yeah** 3 months ago

I expect nothing less from cops.

SKIP NAVIGATION

   

SKIP NAVIGATION

☰  ▶ YouTube                                    🔍  🎤  ⋮  | 👤 SIGN IN |

 Wow

👍  👎    REPLY

 **Kyle Murphy** 3 months ago
Disgusting

👍  👎    REPLY

 **Liza Woodman-Bouchard** 1 month ago
This is horrible and those cops, especially the female cop are the most disgusting people I've ever had
to look at. So shameful.

👍 1  👎    REPLY

 **Carry Okie** 3 months ago
Just making sure everyone commenting watched the entire video. She was using an aerosol can and
lighter to light and could have caused real problems. The way the female officer handled it, appeared
unprofessional, but it wasn't just a person in the bathroom refusing to come out. Please make sure you
take the entire video into consideration.

👍 1  👎    REPLY

 **carrie boysen** 3 months ago
Wtf is wrong with police

👍  👎    REPLY

 **Laura Podrasky** 3 months ago
what horrible police officers.  They are not here for the people - they are here for the power!

👍  👎    REPLY

 **MagicMatt** 3 months ago
nothing more than a crazy lady who needed to be arrested....simple

👍 1  👎    REPLY

 **Neo** 3 months ago
3:30 "This was unnecessary" Then why did you do it? = Abuser logic. their is no logic, just say what
ever they feel like in the moment to justify their actions.  you know whats worse then a criminal? a
criminal who works as a policeman.

👍 2  👎    REPLY

 **Nikki George** 3 months ago
Why would the female cop enjoy this so much  ?

SKIP NAVIGATION

   



This is why when a cop shot I have no sympathy the first thought that crosses my mind is big probably deserved it

👍 👎    REPLY

 View reply

  **teachr21** 3 months ago
S

👍 👎    REPLY

  **Linda Reed** 3 months ago
I'm an OKLAHOMAN & I'm ashamed of the behavior of this police officer (women especially) I hope she is fired & never allowed to work in law enforcement again. This is not a fair representation of police & the difficult jobs they do, but bc of one or two cops inexcusable behavior & unprofessionalism this why there is such a stigma surrounding the treatment of the mentally ill. Your character is shown …

👍 👎    REPLY

 View 2 replies

  **MagicMatt** 3 months ago
funny how this vid is trying to place blame on the police. its a crazy lady, acting crazy in public at a private business, so yea, they did what needed to be done

👍 1 👎    REPLY

View 2 replies

  **Marco Topete** 3 months ago
Well this woman had two career choices, and she is not that good looking to be a stripper

👍 4 👎    REPLY

View 3 replies

  **MagicMatt** 3 months ago
the commentary here is BS...cops got called, crazy lady in a bathroom trespassing, etc...they did there jobs...

👍 2 👎    REPLY

View 3 replies

  **Megan DeVasier** 3 months ago (edited)
This video is ridiculous. All you people should Watch the whole thing. Ladonna was there for 4 hours. The police did try talking with her and tell her to please come out yada yada. I mean she's saying the police are trying to kill her you think she's not going down without a fight? I think whoever has worked



  SIGN IN

 2 👎 REPLY

▼ View 5 replies