**Tulsa Police Department**   ···

March 28 · 🌐

HAIR SHOP BURGLARY -- can you help identify?

Tulsa Police Burglary Detectives need your help identifying the man in the photos.

On 3/22/2022, the owner of a hair studio disrupted a burglary at their business near 15th and Lewis.

The suspect got in by breaking out a window, and managed to take the victim's firearm.

Detectives believe the suspect may be homeless and frequent the area of 11th and Lewis.

Anyone with information is asked to call Tulsa Crime Stoppers at 918-596-COPS. You can remain anonymous when calling.
Please reference case 2022-013103.

#TulsaPolice



😠👍😮 80                                    40 Comments  92 Shares

Like                    Comment                    Share



**Nicco Heikks II**
https://youtu.be/t16uCMhjPnE



**YOUTUBE.COM**

LADONNA PARIS TULSA PD ARREST
VIDEO

Like    Reply    15w       2

**Mallissa Cruse**
https://m.youtube.com/watch?v=t16uCMhjPnE



**YOUTUBE.COM**

LADONNA PARIS TULSA PD ARREST VIDEO

Like    Reply    15w    

**Mallissa Cruse**

https://youtu.be/-nw_kTetA_Y



**YOUTUBE.COM**

10-25-2021 Tulsa Police Department Arrest of LaDonna Paris

Like    Reply    15w    

**Mark Schultz**

Do not call 911 when Tulsa police may respond. They're just a gang with badges https://twitter.com/imposte.../status/1509658301331562504...



**TWITTER.COM**

🍎_Imposter_⚛ on Twitter

Like    Reply    15w    

**Jason Hayes**

Who'd want to help your team after using Gestap0 tactics on a 70 yr old suffering from mental health issues? Once again proving you losers can't be trusted to help when it's truly needed.
Oh, and for the psychotic twat officer saying. "This is going to... See more

Like    Reply    15w    

**Hannah Castillo**

FIRE RONNIE CARROCIA!!! Nothing but a sociopath with a badge!!!

Like    Reply    15w    

**Cody Allen Denney**

Tulsa Police Department: We cover for obvious criminal behavior because we're a shithole department full of criminals.

https://www.youtube.com/shorts/ImMO7QBjK2A

**YOUTUBE.COM**

www.youtube.com

Like    Reply    15w

**Zee Wine**

Ronnie Carrocia needs to be held accountable. Her oath is to serve and protect people not mock a mentally ill woman.

Like    Reply    15w

**HiLary Jane**

How is this "protecting and serving"?



Like    Reply    15w

**Sierra Christian**

Have you fired officer Ronni Carrocia yet?

Like    Reply    15w    👍

**Loraine Wilson**

Make it easy on yourself and just come out and talk to us

Like    Reply    15w

**Loraine Wilson**

https://reason.com/.../tulsa-police-officers-taunt.../...



**REASON.COM**

Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like    Reply    15w

Liz Smith



Like    Reply    15w

Anna Johnson

Ronni Carrocia needs to be disciplined and banned from any
sort of helping profession. Absolutely disgusting abuse of
power and display of sadistic tendencies.     

Like    Reply    15w

Clareese Winn

Like    Reply    15w

**Miranda Warren**
When are you going to fire Ronni Carrocia for her mistreatment and abuse of an elderly woman who was having a mental health crisis??

Like    Reply    15w

Like    Reply    15w

**Brittany Fernandez**
https://vm.tiktok.com/ZTduT6w7d/
🥲

TIKTOK.COM

ThatPsychNP on TikTok

Like    Reply    15w

**Michael MacDonell**
https://reason.com/.../tulsa-police-officers-taunt.../...



**REASON.COM**

Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like   Reply   15w

**Lina Kaneda**

I can help identify violent sadistic abusers, although that may
be the whole department - one has been caught on camera.
Type in: Ronnie Carrocia in your system. She'll come up

Like   Reply   14w

**Evelyn Alberty**



Like   Reply   14w

**Tulsa Police Department**                                                    ···

March 29 · 🌐

The Financial Crimes Unit of the Tulsa Police Department is requesting assistance in identifying this person of interest. This person is suspected of using the victim's stolen credit card at stores in Tulsa.

If you can assist us in identifying this person, please contact Det. Angel by email at jangel@cityoftulsa.org or as always you can remain anonymous by calling Crime Stoppers at 918-596-COPS. Please reference case #2021-303511.

Thank you and stay safe



😡👍 192                                        100 Comments  353 Shares

     **Like**             **Comment**             **Share**

Like    Reply    15w



Like   Reply   15w





 Nicco Heikks II
https://youtu.be/t16uCMhjPnE

 YOUTUBE.COM
LADONNA PARIS TULSA PD ARREST
VIDEO

Like    Reply    15w                               3



**Mallissa Cruse**
https://m.youtube.com/watch?v=t16uCMhjPnE

YOUTUBE.COM
LADONNA PARIS TULSA PD ARREST VIDEO

Like    Reply    15w                          👍😆 4

**Mallissa Cruse**
https://youtu.be/-nw_kTetA_Y

YOUTUBE.COM
10-25-2021 Tulsa Police Department Arrest of LaDonna Paris

Like    Reply    15w                          👍 2

**Paul Atkins**
You cops suck so bad.
https://youtu.be/zGAgAkkcOr0

YOUTUBE.COM
Being In Someone Else's Restroom Is A Shocking Experience PART 1

Like    Reply    15w                          👍

**John Rossa**
https://www.dailymail.co.uk/.../Police-officer-laughs...

DAILYMAIL.CO.UK
Officer laughs before Tasing and arresting 70-year-old bipolar woman

Like    Reply    15w                          👍

**Mark Schultz**
https://twitter.com/imposte.../status/1509658301331562504...



**TWITTER.COM**

🧍_Imposter_❄️ on Twitter

Like    Reply    15w



**Kaspar Kilchenmann**

https://m.youtube.com/watch...
WTF!



**YOUTUBE.COM**

LADONNA PARIS TULSA PD ARREST
VIDEO

Like    Reply    15w                    

**Jason Hayes**

Who'd want to help your team after using Gestap0 tactics on
a 70 yr old suffering from mental health issues? Once again
proving you losers can't be trusted to help when it's truly
needed.
Oh, and for the psychotic twat officer saying. "This is going
to... **See more**

Like    Reply    15w

**Jermaine Hamilton**

https://www.instagram.com/p/Cbx7WIFv_9I/...



**INSTAGRAM**

Tulsa, OK — The Tulsa police
department has a Community...

Like    Reply    15w

**Antwaun Plummer**

https://youtube.com/shorts/ImMO7QBjK2A?feature=share



**YOUTUBE.COM**

Cops mistreat 70 yr old woman #shorts

Like    Reply    15w

**Carlos Poochy**

What's the name of the two cops in that video? It would be
nice to have people come by the thousands to there houses
for a little talk

Like    Reply    15w                     2

**Hannah Castillo**

FIRE RONNIE CARROCIA!!! Nothing but a sociopath with a badge!!!

Like    Reply    15w

**Cody Allen Denney**

Tulsa Police Department: We cover for obvious criminal behavior because we're a shithole department full of criminals.

https://www.youtube.com/shorts/ImMO7QBjK2A

YOUTUBE.COM

www.youtube.com

Like    Reply    15w

**Sophia Smith**

#ArrestRonnieCarrociaforabuse

Like    Reply    15w

**HiLary Jane**

Is this really the behavior of your police department that you uphold?



Like    Reply    15w

**Sierra Christian**

Have you fired officer Ronni Carrocia yet?

Like    Reply    15w

**Loraine Wilson**

https://reason.com/.../tulsa-police-officers-taunt.../...



REASON.COM

Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like    Reply    15w

Dave Caldwell replied · 1 Reply

**Liz Smith**

Like    Reply    15w

**Anna Johnson**

Ronni Carrocia needs to be disciplined and banned from any
sort of helping profession. Absolutely disgusting abuse of
power and display of sadistic tendencies. ▶▶▶▶

Like    Reply    15w

**Clareese Winn**

Facebook

Like    Reply    15w

**Clareese Winn**
Fuck this officer

Like    Reply    15w

**Blaine Smith**
WHAT A NOBLE WOMAN OF VALOR YOU ARE
.
GEEEE..
HOPE I AM ... See more

Like    Reply    15w

**Bec Peterson**
While you're waiting for the person to be identified you
could fill that time with doing your jobs and firing and
arresting everyone on the squad who assaulted and abused
Ledonna who was in a mental health crisis

Like    Reply    15w

**Liz Smith**

Like     Reply     15w

Christy Aragon

FIRE RONNI CARROCIA! JUSTICE FOR LADONNA PARIS!

Like     Reply     15w

Ayla Edwards

https://reason.com/.../tulsa-police-officers-taunt.../...

REASON.COM

Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like     Reply     15w



Evelyn Alberty



Like    Reply    14w

**Lorae Frezzell**
Very suspicious to take a 90 minute video and break it down to 6 minutes. Whatcha hiding? All of those officers need to be fired. CLEARLY they weren't trained to handle anyone having a mental issue. They should have waited on the professionals no matte... **See more**

Like    Reply    14w                                    

**Donovan Whitford**
Nodody trusts violent corrupt pigs

Like    Reply    14w

You're commenting as a constituent ·

**Tulsa Police Department**                                                                    ···

March 31 · 🌐

Carrying guns while intoxicated and after a felony conviction is not a great idea.

On 03/31/22/at approximately 12:30 am, Officers were dispatched to suspicious activity at 6900 E. Highway 11, when a caller reported a subject fleeing the area of a wrecked car with, what appeared to be a rifle.

While enroute to the call, dispatch notified officers of another caller, reporting that a person was carrying two rifles near the airport.

Our Helicopter Unit arrived in the area and observed the subject with the two rifles walking towards the airport.

Air support directed the closest Officer to the suspect's location. The Officer made contact with Dejaun Ratliff, who was walking towards the airport on Cargo Road.

Ratliff initially followed commands and dropped the firearms but then became uncooperative with officers. Ratliff eventually sat down on a curb and was taken into custody without further incident.

Ratliff was found to be very intoxicated.

Officers discovered that he was a convicted felon and was arrested for Possession of a Firearm AFCF, Carrying a Firearm while Intoxicated, Obstruction and Public Intoxication.

Ratliff did not make any threats towards the airport and it is possible that Ratliff became lost, due to his level of intoxication, and did not realize where he was.

This is an arrest and not a conviction

##TulsaPolice



 256                                                    231 Comments  36 Shares

Like                        Comment                        Share







 **Cat Hoff**
https://m.youtube.com/watch?v=t16uCMhjPnE

 **YOUTUBE.COM**

LADONNA PARIS TULSA PD ARREST VIDEO

 Like   Reply   15w                 5

 **Tulsa Police Department**
**Cat Hoff**

Thank you for your interest in this situation.... **See more**

 **YOUTUBE.COM**

10-25-2021 Tulsa Police Department Arrest of LaDonna...

Like   Reply   15w                 4

 7 Replies

**Dallas F. McMillan**
Well, your youtube explanations are crap. The female officer was escalating, banging on the door like the lady was an animal at the zoo that wouldnt move or wake up. Disgusting behavior. She should be fired for conduct unbecoming and failure to de-es... **See more**

Like   Reply   15w                 10

View 1 more reply

Cat Hoff

**Dallas F. McMillan** according to the information their actions were unprofessional but "follow TPD policies"



Like    Reply    15w                     2

Jason Stover

**Cat Hoff** that's not surprising, unfortunately.

Like    Reply    15w            

Robert Walker

**Cat Hoff** thanks for the insight.

Like    Reply    15w

Gordon Mills

**Dallas F. McMillan** None of the officers involved did anything wrong. It's just that most prissies don't have a sense of humor.

Like    Reply    15w             2

Jason Stover

**Gordon Mills**



Like    Reply    15w            3

View 2 more replies





**Paul Atkins**

How about going after the cops in this video? Bad bad cops, the lot of ya.
https://youtu.be/zGAgAkkcOr0



YOUTUBE.COM

Being In Someone Else's Restroom Is A
Shocking Experience PART 1

Like    Reply    15w                 4

 **Jon Yonny Reynolds**

Beat up any elderly woman today? Scumbags

Like    Reply    15w                 6



 **Adam Parker**
Y'all some pieces of shit. Justice for Ladonna Paris!

Like  Reply  15w                      6



 **John Rossa**
https://www.dailymail.co.uk/.../Police-officer-laughs...

 **DAILYMAIL.CO.UK**

Officer laughs before Tasing and
arresting 70-year-old bipolar woman

Like  Reply  15w                      7

**Mazie Demers Middleton**

John Rossa TH@GS with badges.

Like    Reply    15w

**Darryl Lowe**

Seems your department has two blue lying cowards that attack the elderly!!
Is there any update on the arrest and firing of these dirty coward officers??
The video has gone viral worldwide and witnessed a heinous attack take place!!... See more

Like    Reply    15w                                 9

**Kerri Covey**

Post that video of your officers brutalizing a mentally ill woman and laughing about it.

Like    Reply    15w                                 5

**Katherine Houdek Gurney**

Play stupid games, win stupid prizes!

Like    Reply    15w                    

**Antwaun Plummer**

Katherine Houdek Gurney This has to be the most original comment in the history of Facebook! 😂

Like    Reply    15w

**Katherine Houdek Gurney**

Antwaun Plummer Of course it is! 🤣🤣🤣

(No)

Like    Reply    15w                    

**Tony LaRose**

https://thefreethoughtproject.com/watch-cops-cruelly.../

 **THEFREETHOUGHTPROJECT.COM**

WATCH: Cops Cruelly Taunt 70yo Woman in Mental Crisis Before Beatin...

Like    Reply    15w                                 3

**Jason Hayes**

After the way you cops used Gestap0 tactics on a 70 yr old suffering from mental health issues, he probably fears for his safety...from YOU!!! Once again proving you losers can't be trusted to help when it's truly needed.
Oh, and for the psychotic twat... See more

Like    Reply    15w                                 5



Nicholas Tyler Yamada Cornell
https://www.youtube.com/watch?v=ImMO7QBjK2A

YOUTUBE.COM

Cops mistreat 70 yr old woman #shorts

Like    Reply    15w                              👍 3

Stephen Lancaster

Like    Reply    15w                              👍 4

Harrison Edgar

MEDIA3.GIPHY.COM

media3.giphy.com

Like    Reply    15w

Jermaine Hamilton
https://www.instagram.com/p/Cbx7WIFv_9I/...

INSTAGRAM

Tulsa, OK — The Tulsa police
department has a Community...

Like    Reply    15w                              👍😢 4



**Jake Smith**

Hello everyone? People you can tell this lady has mental health problems And all of them trying to reason with her. Then after the cop that taking all her jewelry off of her is so ruff with her And where is the ambulance to check her out ? you can tell... See more



**YOUTUBE.COM**

Restroom Visit Is A Shocking Experience PART 3

Like    Reply    15w                                 2

**Thomas Grenier**

is Ronni Carrocia fired?

Like    Reply    15w     2

**Hannah Castillo**

FIRE RONNIE CARROCIA!!! Nothing but a sociopath with a badge!!!

Like    Reply    15w                                 5

**Ivan Rodriguez**

#FireRonnieCarrocia     5

Like    Reply    15w

**Cody Allen Denney**

Tulsa Police Department: We cover for obvious criminal behavior because we're a shithole department full of criminals.

https://www.youtube.com/shorts/ImMO7QBjK2A

**YOUTUBE.COM**

www.youtube.com

Like    Reply    15w                                 3

 ◇ Top fan
Kevin L. Kitchens



Tenor

Like     Reply     15w

Crystal Hayter
https://vm.tiktok.com/ZTdu1qk6B/

As someone who has worked in mental health all of my adult life this is not how to handle it. I hope every one of those cops loses their badges

TIKTOK.COM

ThatPsychNP on TikTok

Like     Reply     15w                                     4

Sabrina Miller
Ronnie Carrocia needs to be held accountable. Her oath is to serve and protect people not mock a mentally ill woman.

Like     Reply     15w                                     4

Zee Wine
Ronnie Carrocia needs to be held accountable. Her oath is to serve and protect people not mock a mentally ill woman.

Like     Reply     15w                                     5

Sophia Smith
#ArrestRonnieCarrociaforabuse

Like     Reply     15w                           5

HiLary Jane
#fireronniecarrocia

Like   Reply   15w                                    👍 4

**Samara Shawn Churchwell**
Maybe you should be more focused on the people YOU hire
that are carrying weapons. Disgrace

Like   Reply   15w                                    👍 4

**Sierra Christian**
Have you fired officer Ronni Carrocia yet?

Like   Reply   15w                                    👍 3

⌐ ⬤ **Gordon M Smith** replied · **7 Replies**

**Laura Lee Evans**
**Tulsa Police Department** trying to be cute & funny...?
The whole world has seen your sense of humor & what you
deem to be "funny". We're not laughing with you.
You're disgusting

Like   Reply   15w                                    👍 3

**Beth Kirkpatrick**

So it's ok that your POS officers harass an elderly woman who is having a mental health crisis? YOU DID NOTHING ABOUT IT! Your department is nothing but racist/ bigoted/ misogynistic pieces of 💩💩💩💩 the citizens of Oklahoma should be ashamed of your dep... See more

Like   Reply   15w  3

 **Jodi Brookman**

https://vm.tiktok.com/ZTdu2A5Uo/

**TIKTOK.COM**

ThatPsychNP on TikTok

Like   Reply   15w 

 **Jodi Brookman**

https://vm.tiktok.com/ZTdu2A5Uo/

**TIKTOK.COM**

ThatPsychNP on TikTok

Like   Reply   15w 

 **Loraine Wilson**

https://reason.com/.../tulsa-police-officers-taunt.../...

 **REASON.COM**

Tulsa Police Officers Taunt Elderly Woman With Bipolar Disorder Before...

Like   Reply   15w  5

 **Loraine Wilson**

https://reason.com/.../tulsa-police-officers-taunt.../...

 **REASON.COM**

Tulsa Police Officers Taunt Elderly Woman With Bipolar Disorder Before...

Like   Reply   15w  5



**Jess Bowman**

Wanted for elder abuse. Have you seen her?



Like    Reply    15w         5

**Melissa M. Gutierrez**

Nobody cares. Post the face of your own terrorists.

Like    Reply    15w         3

**Kristen Richardson**

You know who else shouldn't be carrying guns your crappy excuse of an officer

Like    Reply    15w         3

**Hyacinth Morgan**

Abusing citizens on camera also not a good idea.

Like    Reply    15w         4

**Cody West**



Like    Reply    15w         6

**Liz Smith**

Like    Reply    15w                                        3

Dave David
your tyrants carry guns ever day so will we https://vm.tiktok.com/TTPdujtoJB/

TIKTOK.COM

a band of unwavering light on TikTok

Like    Reply    15w                                        3

Anna Johnson
Ronni Carrocia needs to be disciplined and banned from any
sort of helping profession. Absolutely disgusting abuse of
power and display of sadistic tendencies. ▶▶▶▶              6

Like    Reply    15w

    ⌐    ● Kirsten Covington replied · 4 Replies

● Clareese Winn

Like   Reply   15w                          👍😡 2

└─  ⚫ Elizabeth Anne Shannon replied · 1 Reply

⚫ **Kathryn Walthall**
I think you need to focus on who you have working in your
department before you yall should be allowed to arrest
anyone. I just saw a video of an officer beating up a 70 year
old women. THAT COP committed a felony, but she's allowed
to carry a gun ever... **See more**

Like   Reply   15w                          👍😂 5

⚫ **Amanda Brevig**
You know what else is not a good idea? Mocking and
tormenting a mentally ill person in crisis, laughing and
threatening them on camera while you back her actions.

Like   Reply   15w                          👍😂 3

└─  ⚫ Kirsten Covington replied · 3 Replies

⚫ **Blaine Smith**
STILL PLAYING
"$TUPID" DURING YOUR
OWN
MUG$HOT..... **See more**

Like   Reply   15w

⚫

💎 Top fan

**Michael Bennett**

Tulsa police department why doesn't this post say he stole the car that he wrecked??

Like   Reply   15w



**Kirsten Covington**

I won't forget what y'all did to LaDonna Paris. This is more of the same disgusting behavior. You call yourselves community servants but you terrorize and attack the community and mock its members when they are at their LOWEST point. You are a danger to the community.

Like   Reply   15w



**Bec Peterson**

You know what else isn't a good idea? Letting Ronnie Carrcia abuse the mentally ill and the elderly

Like   Reply   15w



**André Cordeau**

A BUNCH OF CRIMINALS ATTACK A WOMAN IN A CRITICAL CONDITION. https://www.youtube.com/watch?v=ThQCym-Yiy4



YOUTUBE.COM

Tulsa police stand by officers' actions despite lawsuit

Like   Reply   15w

**Christy Aragon**

FIRE RONNI CARROCIA! JUSTICE FOR LADONNA PARIS!

Like   Reply   15w

**Ayla Edwards**

https://reason.com/.../tulsa-police-officers-taunt.../...



REASON.COM

Tulsa Police Officers Taunt Elderly Woman With Bipolar Disorder Before...

Like   Reply   15w

 Evelyn Alberty



Like    Reply    14w

You're commenting as a constituent ·

**Tulsa Police Department**                                              ···

April 1 · 🌐

Stolen Vehicle - Persons of Interest

On 03/22/2022 at 6:20 pm, these two subjects were in possession of stolen gray 2010 Hyundai Santa Fe at the convenience store located at 4795 S. Yale Ave.

Later that day the vehicle was recovered near 4313 S. Owasso Avenue.

If you can identify these individuals, please contact Tulsa Crime Stoppers at 918596-COPS

Please refer to TRACIS 2022-012808



👍😠 152                                        382 Comments  198 Shares

Like                    Comment                    Share            



  **Rae Jay**
Oh cool. Gonna arrest ronni cocksuckeria for assaulting an elderly woman?

Like · Reply · 15w                          👍 23





**Deontay-Nathanæl Johnson**

**Tulsa Police Department** Good thing they aren't a 70 year old woman in mental distress.

Like    Reply    15w                                    👍 28

**Greg Gregerson**

Yup.
https://www.reddit.com/.../tulsa_police_face_backlash.../...

    REDDIT.COM

Tulsa Police face backlash after violent arrest of 70-year-old...

👍

Like    Reply    15w

5 Replies

💎 Top fan

**Kevin L. Kitchens**

**Deontay-Nathanæl Johnson** Troll

Like    Reply    15w                                    😂 3

**John Smith**

Tulsa Police claim to be "... unprofessional, but within departmental policy." Anyone else see why there is a critical disconnect between police & citizens?

Like    Reply    15w                                    👍❤️😮 16

💎 Top fan

**Kevin L. Kitchens**

**John Smith** Nope... you didn't watch the video clearly.

Like    Reply    15w                                    😂👍 3

5 Replies



**Rick Daniels**
Your officers are no better than the criminals they arrest. Only difference is a badge and a taxpayer-funded paycheck. Oh, and immunity from criminal actions.

Like    Reply    15w                              👍 19





**Cintia Benavides-Morales**
Nahhh after what happened to that elderly woman. Yall "policeman" need to be trained more efficiently and for a lot longer than those half as 6 months. 😥😥😪 🗑️🗑️🤦🏽‍♀️🤦🏽‍♀️ 🖕🏼🖕🏼

Like    Reply    15w                              👍❤️ 13





**Beth Kirkpatrick**
So it's ok that your POS officers harass an elderly woman who is having a mental health crisis? YOU DID NOTHING ABOUT IT! Your department is nothing but racist/ bigoted/ misogynistic pieces of 💩💩💩💩 the citizens of Oklahoma should be ashamed of your dep... **See more**

Like    Reply    15w                              👍❤️ 13



**Theodore Brasmer**

You poor things. You had to turn off the comments on tiktok cause you bloody lot was getting your asses handed to you! Whats next, you going to lock down the Facebook page as well?

Like   Reply   15w                           👍❤️ 11



**Carson Case**

**Johnny Frisbie** nah, their officers just like to assault and make fun of mentally ill elderly people, but that's America for you.

Like   Reply   15w                           👍 15

18 Replies

Julia Waters

**Johnny Frisbie**



Like   Reply   15w                              👍 3

8 Replies

View 1 more reply

James Walbert
https://www.youtube.com/watch?v=ImMO7QBjK2A

YOUTUBE.COM
Cops mistreat 70 yr old woman #shorts

Like   Reply   15w                              👍❤ 5

Julia Waters

Like   Reply   15w                                          10

**Lindsey Modica**
I'm disgusted watching the video of your Officer laugh and
"love her job" as she abuses a mental health patient. And it
says a lot about your whole dept that you claim this is normal
procedure.

Like   Reply   15w   Edited                                 16

**Kelsy Reed**
Tulsa police you guys are absolutely disgusting.

Like    Reply    15w    😀❤️😢😠 11

8 Replies

**Aisha Fetyani KüçükBeyoǧlu Abram**
#FireRonnieCarrocia

Like    Reply    15w    👍❤️ 20

**Tinisha Blades**
**Aisha Fetyani KüçükBeyoǧlu Abram** they won't tho. Hell
Betty Shelby still has her job..

Like    Reply    15w

**Savco Bardarov**
Low standards, soulless officers..and you wonder why people
don't respect you. Respect is earned.

Like    Reply    15w    👍❤️😢 16

**Melvin Bryant III**

Whole department deserves to be slapped to sleep. They know it too... That's why they can't even write minor traffic tickets without an arsenal of weapons and backup. SmH. Cowards.

Like   Reply   15w          7



 **April Clare**

So your department supports abusing elderly and disabled people?

Like   Reply   15w          22

Like    Reply    15w                              👍 16

**Kara Andretta**

Doesn't go against policy... exactly.

YOU'RE ALL PROBLEMS! ACAB! DISMANTLE AND DEFUND
THE POLICE. ... **See more**

Like    Reply    15w                              👍❤️ 12

**Deanna Capozzi Myers**
TRASH

                                                  👍 2
Like    Reply    15w

**Heston Fearce**
Push for your city councilors to have TPD stop responding to
"10-85" calls.
Hit them up!
Police do not need to handle these mental health issues!

Like    Reply    15w                              👍❤️ 4

        **Kayla Sequoyah**

        **Heston Fearce** But, that is who gets called. So, they
        need to divert the militarization funds to mental health
        programs to property treat people as human.

                                                  👍 2
        Like    Reply    15w

**Wade McFarland**

Like   Reply   15w                                   👍😮 8

Padric O'maolruaidh
**Wade McFarland** what a nasty police officer

Like   Reply   15w                            👍 3

May Chua Maas
https://m.youtube.com/watch?v=jWsEPbrQTUU

**YOUTUBE.COM**

Tulsa Police face backlash after violent
mental health crisis arrest of 70-year-...

Like   Reply   15w                            👍😠 11

Sabra Richmond
Fire every cop involved in the incident with the elderly
woman in the bathroom. Absolutely disgraceful excuses for
humans.

Like   Reply   15w                            👍❤️ 21

Padric O'maolruaidh
**Sabra Richmond** probably get promoted

Like   Reply   15w

The comment Sabra Richmond is replying to has been deleted.

Sabra Richmond

**Gina Novak** So the only choice is to either harass/threaten/mock or do nothing? Such high standards.

Like    Reply    15w                                    👍 2

View 1 more reply



Mark Durfor

https://vm.tiktok.com/ZTduFEhCN/ And your response to this is, well, technically they didn't violate department policies. But then you try to say, just a few bad apples. You are all complicit when you don't condemn this type of behavior.

TIKTOK.COM

obi_bun.kenobi on TikTok

Like    Reply    15w                                    👍 6

Matt LaBarge

👆🏻👆🏻👆🏻👆🏻👆🏻    👍 5

Like    Reply    15w

💎 Top fan
Scott Elliott

Can't be for certain but it kind of looks like Markwayne Mullin and James Langford.

Like    Reply    15w                                    👍 2

Adrianne Drew

**Scott Elliott** lankford?...



Like   Reply   15w

💎 Top fan
**Scott Elliott**
**Adrianne Drew** the more feminine of the two looks a lot like Langford in my opinion. It's like Langford but in drag.... You totally see it now, right?

Like   Reply   15w

**Adrianne Drew**
**Scott Elliott** maybe if I cross my one eye and pinch my nose for a minute?

Like   Reply   15w

💎 Top fan
**Scott Elliott**
**Adrianne Drew** exactly!

Like   Reply   15w

**Dave Shed**
**Scott Elliott** or Scott Elliot with a wig

Like   Reply   15w         2

💎 Top fan
**Scott Elliott**
You are so silly 😜! You're like the silliest little goose ever! Never change🤗

Like   Reply   15w



**Clair Louise Mcconchie**

What actual horrible human beings you lot are . If those two officers behaviour is normal to you all, go get exorcised.

Like    Reply    15w                                    👍 4



**Padric O'maolruaidh**

https://youtu.be/ThQCym-Yiy4



YOUTUBE.COM

Tulsa police stand by officers' actions despite lawsuit

Like    Reply    15w                                    👍😠 8



**Cesar Madrillejos**

https://youtu.be/jWsEPbrQTUU how would the officer's like it if someone did the same thing to they're parents. Fire them corrupt piece of 💩 immediately



YOUTUBE.COM

Tulsa Police face backlash after violent mental health crisis arrest of 70-year-...

Like    Reply    15w                                    👍 5



**Tammy Gillette**

Abbey road apartments ✔️ bad bad news... Mental health association owns those apartments ...evidently anybody and everybody that resides their...can invite anybody to live with them.... It's a homeless population, drug alley..
You probably want to look there first. ✔️

Like    Reply    15w    Edited                         👍😮 2



**Matthew Miller**

Looks like the trash department couldn't handle criticism on tik tok. Probably hoped the back the blue morons would keep you safe in this app huh



Like    Reply    15w                                    👍😂 11

Jessica Smith

Let's talk about this **Tulsa Police Department**. https://youtu.be/jWsEPbrQTUU



YOUTUBE.COM

Tulsa Police face backlash after violent mental health crisis arrest of 70-year-...

Like    Reply    15w                                    6

Stephanie Ulrich

So y'all think it's okay to allow cops to treat people like they are not worth anything? Mental health doesn't matter!??

Like    Reply    15w                                    9

Hyacinth Morgan

The fact that horrendous treatment of a mental health crisis is acceptable in your department is despicable. Do better.

Like    Reply    15w                                    8

Sonny Maxwell

The dept. should have spoken out more apologetically about the cops attitudes about the situation. When it's someone else's mother who is being spoken of this way while having a mental health crisis it's just "unprofessional." If it was your mother the... See more

Like    Reply    15w                                    5

Heather Lee Fox

**Tulsa Police Department** Care to comment on this receipt we've all saved for you before you deleted it? Did i read that correctly? Doesn't go against policy, you say? Should we also post your employee handbook? I haven't looked at it, but I'd be willing... See more

Like    Reply    15w    Edited                    👍 6

Heather Lee Fox
In case it's not clear:

> Reply to tulsapolice\'s comment
> **The overall actions of the
> Officers and the way in
> which the call was
> handled is within the
> policies of the Tulsa
> Police Department. Thank
> you.**

Like    Reply    15w                    👍 3

Heather Lee Fox
**Tulsa Police Department** actually I'm gonna post the very first page of your handbook. Tell us again how the treatment of this woman falls under policy?



Like   Reply   15w                              👍 3

**Heather Lee Fox**
In case anyone wants to read it, including
the **Tulsa Police Department**
https://www.tulsapolice.org/.../policy%20manual..
.

Like   Reply   15w                              👍 2

**Heather Lee Fox**
Here's an interesting bit: "Professionalism, ethics,
and integrity are of paramount importance to
the department and to the law enforcement
community in general."
Question: Does the **Tulsa Police
Department** disregard their own policies out of
sadism, ... **See more**

Like   Reply   15w   Edited                     👍 2

**Hyacinth Morgan**
Comment on Department of Justice webpage... get this department investigated
https://www.justice.gov/.../your-message-department-justice



JUSTICE.GOV

Your message to the Department of
Justice

Like   Reply   15w                              👍 5

**Jessica Dixon**
Yall need to add a mental health force to the police already, I
mean what are yall waiting on? Theres plenty of mental
healthcare workers out there that have sociology/psychology
degrees that can be an addition to the program.
No more excuses. Add the... **See more**

Like   Reply   15w   Edited                     👍 3

**Derek Trotter**

If what they did didnt violate tulsa PD policy . Then whoever wrote that policy needs a good slap . Absolutely shocking . As for officer corricea I bet her family and friends are very proud . Your just armed thugs .

Like    Reply    15w                                                                👍 3

**Nicole Stirling**

And they wonder why people don't like the police. They go after 70 year Olds that have mental issues. Disgusting!

Like    Reply    15w                                                                👍 5

**Wade McFarland**

What are y'all gonna do if you catch them? Beat up their grandma ?

Like    Reply    15w                                                                👍 6

**DL Wells**

More criminals running straight to QT so they can be on camera lol. Every time 😂

Like    Reply    15w                                                                👍 2

**Erik Steven**

There's nothing that's ever fun about having to try to de-escalate a person who's having a mental health crisis and who may very well pose a danger to themself or others while they are experiencing said crisis. Nothing fun about that whatsoever. Neve... See more

Like    Reply    15w    Edited                                                        👍 5



**Dave Shed**

**Erik Steven** fired for lack of compassion? Talk about no compassion!! How about some extra training to make them better officers?

Like    Reply    15w

**Jodi Brookman**

Why is it that you guys have your Tik-Tok comments turned off Tulsa Police is it because you guys are afraid. you're sticking up for a bad police officer making fun of somebody going through a mental crisis and this is okay so glad you guys Serve and P... See more

Like    Reply    15w                                                                👍 8

**Jodi Brookman**

https://vm.tiktok.com/ZTdu2A5Uo/

TIKTOK.COM

ThatPsychNP on TikTok

Like   Reply   15w                                    👍 3

**Loraine Wilson**

https://reason.com/.../tulsa-police-officers-taunt.../...

REASON.COM

Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like   Reply   15w                                    👍 10

**Zakia Nayla**

Ron Carrocia Karen Carrocia YOU GUYS MUST BE SO
PROUD OF YOUR DAUGHTER

Like   Reply   15w                                    👍 4

**Loraine Wilson**

**Zakia Nayla** they probably raised her to be this
way and are proud😡

Like   Reply   15w

**Jess Bowman**

Let's talk about your inaction against officers who taunted an
elderly woman in a mental health crisis. You said it was
"unprofessional" but "not against department policy. So you
Agree your department has a policy of unprofessionalism?
🥴 glad we ag... **See more**

Like   Reply   15w                                    👍 10

**Patrick Dixon**

https://vm.tiktok.com/ZTdu2Dth1/

TIKTOK.COM

lackluster_official on TikTok

Like   Reply   15w

**Ricky Hicks**

Oh man, does your department have a lot of 💩 to clear up.
How about not taunting and doing what an officer did to a
70 year old dementia elderly woman. Do better. Be better.
Good luck.

Like   Reply   15w                                    👍 2



**Jess Bowman**

Wanted for elder abuse. Have you seen her?



Like    Reply    15w                                     22

 **Sean Bryant**

Fuck you and your police department.

NO TEARS FOR DEAD COPS

Like    Reply    15w                 

**Gabby Raimondi-Weiss**

🖕 12                                 3

Like    Reply    15w

**Shaima Mary Elmadawy Dye**
Thank you TPD for all you do

Like    Reply    15w         3

    **Kurt Meister Snelson**

    TPD Trash PD

    Like    Reply    15w

    **Lisa Parker**

    **Shaima Mary Elmadawy Dye** Yeah, torturing mentally ill
    senior citizens...super cool.

    Like    Reply    14w

        **Shaima Mary Elmadawy Dye**
        **Lisa Parker**
        If there mentel how do they know there being
        tortured and is that a thought just put in there
        minds for the TPD do not play about sr citizens
        when I need them there always there for me I'm
        not mentel but I am a a senior citizen

        Like    Reply    14w    Edited

Lisa Parker

A senior who lacks the education to spell basic words correctly, so...perhaps you MAY lack the expertise to comment on a post about TORTURING BLACK PEOPLE.

Like    Reply    14w



**Zakia Nayla**
HER PARENTS



Like    Reply    15w                     3



**Zakia Nayla**



Like    Reply    15w                     3



**Ryan M. Elles**
https://www.reddit.com/.../this_is_gonna_be_so_fun_tulsa.../



REDDIT.COM

'This is gonna be so fun' Tulsa Police say before violent arrest of senior...

Like    Reply    15w                     3

**Shawn Brown**

So officer Ronni Carroccia conducts herself in an incredibly unprofessional manner towards a woman suffering from a psychotic break, your officer resorts to banging on a bathroom door, threatening to use a taser on her, laughing at this woman's mental … **See more**

Like   Reply   15w   Edited                             4

**Tonny K. Brown**

After you stated you'd stand by that thing you call an officer after the way she treated a citizen that was obviously going through a mental health crisis proves to the community that you have neither the desire nor wherewithal to know how serve and pr... **See more**

Like   Reply   15w   Edited                             6

**Doan Nguyen**

I hope you fire that demon that you called a police officer who takes joy in human suffering and lacks empathy towards elderly. It's a sick joke to called you service provider of the community...yall are more like predator of the community

Like   Reply   15w                                       6

**Doan Nguyen**

Yall are a sick joke...taking people to jail for lesser crime but when your fellow coworkers does something degrading all charges are dropped..practice what you preach

Like   Reply   15w                                       4

**Doan Nguyen**

Pigs!!!!!  

Like   Reply   15w

**Leah Sherwood**

Fire Ronni Carroccia   5

Like   Reply   15w

> **Jo Ciavaglia**
>
> **Leah Sherwood** Fire the whole damn Police Department starting with the chief. Absolutely disgusting
>
> Like   Reply   15w                             2

**Lena Jean Simpson**

**Pamela Graham** who does that chick look a whole lot alike? 😶😶

Like   Reply   15w

Kenneth Dandelski

https://vm.tiktok.com/ZTduje2Sy/

TIKTOK.COM

lackluster_official on TikTok

Like    Reply    15w    

**Kenneth Dandelski**

You think this shit is funny? **Tulsa Police Department**

Like    Reply    15w    

**Adrienne Plaugic**

So you really allow your "officers" (I use that term lightly) to
harass and terrorize an elderly woman and threaten to take
her and arrest her for now reason? Disgusting!!

Like    Reply    15w     2

**Carley Jo**

What about this subject?



Like    Reply    15w     8

**Ryan Mary**

These are the kind of people that give good cops a bad name
, let them go , they don't deserve the job of police officer !
Shame on them ! That's someone's mother , what if it was
there mother , have some class your representing all law
enforcement whe... **See more**

Like    Reply    15w    

**Michele Salazar Brooks**

Wow the woman was an elderly woman experiencing a
mental health crisis...
Shame on this officer and the department for defending her..
So better Tulsa Police.. ... **See more**

Like    Reply    15w     3

**Billie Jo**

Do you mentally torture everyone or do yall just pick and
choose at random. I hope your officers get treated the same
way in their age.



Like   Reply   15w

**Melissa M. Gutierrez**
You're TERRORISTS to the elderly and disabled. You're the reason nobody trusts police. You should be in cages.

Like   Reply   15w                    4

**Lexi Haas**
i pretty sure beating up and terrorizing a mentally ill (confused) 70 year old counts as a crime to, follow your own rules piggy's

Like   Reply   15w                    5

**Amma Raye**
What about this. Will the cops get in trouble???

Like   Reply   15w                    4

**Amma Raye**



Like    Reply    15w                                                          👍 5

**Amma Raye**
Speaking on everything else but what your department did. A bunch of dirty cops. Always getting away with stuff

Like    Reply    15w                                                          👍 5

**Kristen Richardson**
Clearly no one cares get rid of your s***** officer

Like    Reply    15w                                                          👍 5

**Nic Cornett**
Hope they get away!



Like    Reply    15w

**Timmy Green**

Keep your chins up, TPD! 

Like    Reply    15w     3

**Mike Hirano**

Timmy Green you condone making fun of and terroring 70 year old ppl having mental health crises?

Like    Reply    15w     4

**Lisa Parker**

**Timmy Green** Yeah, you may need to torture someone else soon.

Like    Reply    14w

**Jatem Krystal Lee Ryland**

You should put Ronni Carroccias' face on here for violently assaulting a mental health pensioner!

Like    Reply    15w     11

**Vicki Burgett-Prunty**

https://vm.tiktok.com/ZTdu2vGP4/

Explain this.....

TIKTOK.COM

a band of unwavering light on TikTok

Like    Reply    15w     2

**Lawrence Recalde**



Like    Reply    15w     5

**Laurie Manzer**

You can tell a lot about a country by how it's police treats it's own citizens. Stop trying to compete with North Korea and Russia for police brutality.

Like    Reply    15w     3



**Argus Vox**

The blond is a disgusting idiot c@nt and needs fired along with the other Einsatzgruppe members with her. I come from a Law Enforcement family and this incident makes me loathe current law enforcement even more.

Like    Reply    15w                                    👍 2

**Mark Lane**

Sgt."Sticks" Do you condone the actions of this officer. If she were under your command, would you allow this? What if Live PD was still on, would you recommend this, female police officer Ronni Carrocia have a crew with her? Any answer of "No" is m... **See more**

Like    Reply    15w                                    👍 3

**Cauletta Meeshell**

Ronni Carrocia belongs behind bars. NO PAY and FIRE HER!! Can't wait for the law suit and her career to be OVER. That sick smile needs to be celled up with someone who will take it off her face.

Like    Reply    15w    Edited                          👍 10

**Jonathan Daton**

Fire Ronni Carrocia!! This is what's wrong with police departments ACAB https://vm.tiktok.com/ZTdujPfM1/

TIKTOK.COM

Kes on TikTok

Like    Reply    15w                                    👍 3



**Cody West**

Why not post with ur own officers do.

Like    Reply    15w                                    👍 6

**Cody West**



Like    Reply    15w                                     4

**Jordan Hicks**

Fire your incompetent officers.

Like    Reply    15w    👍 6

**John Piccolo**

I wonder if she was mentally handicapped and you trained your officers assault and make fun of her.

Like    Reply    15w    👍 5

**John Piccolo**



Like    Reply    15w    👍 8

**Wade McFarland**

Those two are way too young for **Tulsa Police Department**. They can't handle grandmas in tiny bathrooms. No way can they deal with two spry 40-something meth addicts on an open field like a decent police force could.

Like    Reply    15w    Edited    👍 3

**Kurt Meister Snelson**

Like    Reply    15w    👍😮 7

**Mary Merry**

absolutely disgusting behavior. That's your idea of protect and serve?

Like    Reply    15w    👍 3

Michelle L Dahinden

**Kurt Meister Snelson** tulsa pd says the public Percieves what the cops did was bad. Not that what the cop did was bad, just that its our perception. Whut the phuck!

Like    Reply    15w



Kurt Meister Snelson

Tulsa PD loves beating up old ladies. Way easier than dealing with actual crime.

Like    **Reply**    15w                               👍 5

Kurt Meister Snelson

No wonder the homicide rate in Tulsa is so high. Incompetence abounds.

Like    **Reply**    15w                               👍 3

Kurt Meister Snelson

I found this.



Like    **Reply**    15w                               👍 2

Liz Smith

Like    Reply    15w                                        👍 5

**Michael Corey**

to hell with firing, cops who act like that need a fucking beat down. I wanna see them as black and blue as their fucking uniforms. you all need one.

Like    Reply    15w                                        👍 3

**Elizabeth Méndez**

Another disgusting humans working in a profession their are not equipped nor worthy of. In special Ronni Carrocia, who antagonize, tormented and ENJOYED IT while "assisting" an elderly woman suffering from a mental crisis. Bragged about it too.
Every ... **See more**

Like    Reply    15w    Edited                             👍

**Jamie Eileen**

Y'all are disgusting back an elderly abuser.

Like    Reply    15w                                        👍 6

**Dan Grafford**

It sure would be a shame if people started greating your drooling morons with badges the way they treat people.

Like    Reply    15w                                        👍❤ 5

**Eve Bonny**

Stop recruiting cops from behind truck stops. You have disgraced the badge, and deserve to have your behinds kicked. Fire that heifer, and revamp your 'policies' to meet at least the bare minimum of professionalism. I knew better than to act that way a... See more

Like    Reply    15w                     4


**Elizabeth Cosgrove**

I hope Ms Parris winds up owning your city

Like    Reply    15w                     2

**Devin Mitchell**

FIRE THIS MONSTER.



Like    Reply    15w                     9


**Elizabeth Medina**

Preston Roberts 

Like    Reply    15w

**Marie Wright**

Are you just not going to respond about the incident regarding your officers?

Like    Reply    15w                     2

**Elizabeth Barajs**

Karma is gonna get her ass and TPD for allowing this to happen without consequence

Like    Reply    15w                     2

**Josh Reiss**

I've seen some sick shit in my life police

https://m.worldstarhiphop.com/web/video.php...



WORLDSTARHIPHOP.COM

Pure Evil: Oklahoma Police Officer Laughs And Says 'This Is Going To Be...

Like    Reply    15w                                     6



Josh Reiss

Stories of the sick shit your police officers are doing has made it all the way up here to Canada you should be ashamed of yourselves

Like    Reply    15w    Edited                           7

Andrew Stillhere

Josh Reiss , and to Australia . The effluent flowing out of the US these days is not just limited to trumpists.... I'm more inclined to think the zombie apocalypse has already started

Like    Reply    15w                                     3

Paula Tierney Joyce

Your town seems like a dumpster fire & your cops are in dire need of training.

Like    Reply    15w                                     5

Paula Tierney Joyce

This is what evil 👿 looks like! Hope Karma gets her quickly!



Like    Reply    15w                                     9

Sam Koo



Like    Reply    15w                                    👍 3

**Mark Wolfrey**
Let us know when these Tulsa cops have been Fired!!!

https://youtube.com/shorts/ImMO7QBjK2A?feature=share

    **YOUTUBE.COM**

Cops mistreat 70 yr old woman #shorts

Like    Reply    15w                    👍❤️ 11

**Josh Jones**
let's get this criminal outta here too it might need a mental evaluation as well



Like    Reply    15w                    👍❤️ 12

**Andrew Stillhere**
Well it looks like you are making news all around the world.... 🏴󠁧󠁢
Congratulations on winning douche bags of the week award!!!
Don't worry, some other police depot of dick 💀 's will take your title somewhere in the US by
Thursday
ht... See more

**TIKTOK.COM**

ThatPsychNP on TikTok

Like   Reply   15w                                     4

**Shua Knapp**

I hope all of your offIcers catch lead to the head! Disgusting thugs the lot of you!!

https://vm.tiktok.com/ZTdujsMVf/

**TIKTOK.COM**

a band of unwavering light on TikTok

Like   Reply   15w                                     3

**Cassandra Dodd**

Do you train your officers to make a mental health crisis exponentially worse by laughing and antagonizing the person? Or do you just screen people for that skill before you hire them?

Like   Reply   15w                                     7

**Lisa Scott**

Fire officer Ronni Carrocia! De-escalation techniques?!!! They were deliberately provoking & threatening someone in a mental health crisis so the situation would escalate in order to justify using physical aggression against them. If 1 cannot rise abov... **See more**

Like   Reply   15w                                     7

**Dave David**

https://vm.tiktok.com/TTPdujtoJB/

**TIKTOK.COM**

a band of unwavering light on TikTok

Like   Reply   15w                                     2

**Dave David**

tryant mother fucker are you fucks for real fire this beast immediately

Like   Reply   15w                                     3

**Dave David**

they say its according to their policies I didnt know intimidation under color of law was lawful now....nope just checked still illegal for an officer to do according to the attorney general's office

Like   Reply   15w                                    👍 2

Jordyn Niebuhr

Couldn't give a single shit about any of your cases. And you let that pos go back to work? Do better

Like    Reply    15w    

Lara InkRoad

Is Ronni fired yet?

Like    Reply    15w

Kearstan Holden

So y'all just going around harassing people with mental illness and joking about it? That's within the policy? Trauma is your field of expertise? Cause it damn ain't to serve and protect. Check your disgusting officers. If they were treated how that bi... See more

Like    Reply    15w     5

Lars Felland

At this point if I saw a cop in distress and I had the ability to save their life I just wouldn't. As the saying goes "I wouldn't piss on them if they were on fire". You're horrible human beings and your "policies" are monstrous, you all deserve everyt... See more

Like    Reply    15w    Edited     3

Wendy Lopez

Care to comment on the treatment of your elderly community members? Is this person still harassing people...I mean "working" there

https://m.worldstarhiphop.com/web/video.php...



WORLDSTARHIPHOP.COM

Pure Evil: Oklahoma Police Officer Laughs And Says 'This Is Going To Be...

Like    Reply    15w    

Christina Kimble

But you're not going to fire the cops that brutalized a mental health victim?

https://www.google.com/.../tulsa-police-face.../amp/



KFOR.COM

Tulsa Police face backlash after violent mental health crisis arrest of 70-year-...

Like    Reply    15w     4

Katelyn Koneko

FIRE RONNI CARROCIA NOW!

Like    Reply    15w     2

Hannah Wellington

Fire Ronni Carrocia, that monster doesn't deserve a job

Like    Reply    15w     3

Anna Johnson

Ronni Carrocia needs to be disciplined and banned from any sort of helping profession. Absolutely disgusting abuse of power and display of sadistic tendencies. ▶▶▶▶

Like    Reply    15w     3

Morgana Malley

Ronni Carrocia is a POS, way to make TPD look even worse.

Like    Reply    15w     6

Samara Shawn Churchwell

Nobody gives a shit about any of your cases. Fire Ronni Carrocia.

Or is it that TPD stands behind their officer intentionally antagonizing an elderly women that they know is having a mental health episode?... **See more**

Like    Reply    15w     7

💎 Top fan

Robert Frayser

**Samara Shawn Churchwell** there's hundreds of us who do care about their cases... usually all of them. Wannabe social justice warriors like you spamming every post they make about every case is pretty well guaranteeing nobody is going to listen to you. I... **See more**

Like    Reply    15w    

Morgana Malley

Hey Ronni, you beat up grandmas on your free time too?

Like    Reply    15w     5

Jo Ciavaglia

So what are you gonna do about your evil ass officer? Are you proud of her ignorant behavior? I hope that elderly woman sues the hell out of you. I'm sure Jesus is just so proud of you guys right now. So Christian. But she goes and praise on Sunday sh... **See more**

Like    Reply    15w     4



**Amanda Dennis**

Just watched that video and that is truly horrible ! Crisis intervention training is a real thing and this officer needs it obviously or needs to not be an officer ! That is so wrong !

Like   Reply   15w                    

**Shari Ellisor Hoggatt**

What happened to your tiktok account? That "officer" is unfit at best. Your defense of her is why we say ACAB.

Like   Reply   15w                     5

**Stepha Roni**

ACAB, but especially y'all. This is so disgusting and I wish I were more surprised that some cops took it upon themselves to be putrid and unprofessional, but I'm not surprised. "To serve and protect" is a LIE. Police do NOT care about helping the comm... See more

Like   Reply   15w   Edited          2

**Danniyell Felderson**

JUSTICE FOR LADONNA.
FIRE RONNI.
ACAB

Like   Reply   15w          5

**Stepha Roni**

https://vm.tiktok.com/ZTdu6mtu6/

**TIKTOK.COM**

Doctor Kali, MD on TikTok

Like   Reply   15w

**Arjun** · Follow

After the trumped up charges Tulsa Police Department tried to stick on LaDonna Paris as if she had assaulted them, it seems clear these recent "obstruction" and "assault on an officer" arrests need to be investigated and body cam videos need to be prod... See more

Like   Reply   15w                     7



**Chase Showen**

Fire her.



Like    Reply    15w                                           7

Kimberly Ma
That was not banter. If any other citizen treated an elderly person in crisis like that we'd be in jail!

Like    Reply    15w                                           3

Johnny Paradise
Fire Officer Ronni Carrocia.

Like    Reply    15w     3

Sa Ri
This your department??https://vm.tiktok.com/ZMLxFRwWT/

TIKTOK.COM

A. Sparkills on TikTok

Like    Reply    15w                                          

Sa Ri
That is not how you treat people who are suffering with mental health and especially seniors!! Disgusting behavior!!

Like    Reply    15w                                          

Clareese Winn



Like     Reply    15w                                    👍 2

**Lee Anne Percy**
https://vm.tiktok.com/ZTduMrho8/

TIKTOK.COM

Nan on TikTok

Like     Reply    15w                                    👍

**Padric O'maolruaidh**
https://vm.tiktok.com/TTPduMct4V/

TIKTOK.COM

a band of unwavering light on TikTok

Like     Reply    15w                                    👍

**Luca Zee Bukhari**
Ronni Carrocia needs to be fired and then sent to prison for
her actions.

Like     Reply    15w                                    👍😂 5

**Austin Bo Boston**

https://npr.brightspotcdn.com/.../10-25-2021-paris-arrest...

You people are fucking scum. Nothing but fucking gangsters
in uniform abusing their power and not getting jack shit
against them. Hope you lose more officers ... See more

Like    Reply    15w                                      3

  Melissa Brese replied · 1 Reply

**Luca Zee Bukhari**

Wanted to beating up grandma's.



Like    Reply    15w                                      3

  Attika Secondi replied · 1 Reply

**Tyler Simpson**

Your officers are a disgrace

Like    Reply    15w      4

**Paul Morgan**

Tasing a 70 year old mentally unwell woman you make me
sick ! 😡😡

Like    Reply    15w                                      3

**Tonny K. Brown**

The two officers that treated that elderly woman that way
knowing she was suffering from a mental health episode
should themselves have a mental evaluation. What kind of
"public servant" would enjoy taunting a person in such a
state?

Like    Reply    15w    Edited                          4

**Kathryn Walthall**

How can you people treat the mentally ill like criminals, AND
then charge them in a way that will leave them unable to get
a job and housing after you arrest them? DO YOU THINK
THAT WILL HELP THEIR MENTAL HEALTH? do you? You guys
are disgusting and no ... See more

  3



Like    Reply    15w    Edited

1 Reply

**Lisa Parker**
Is Ronni having fun today? Loving her job? How many horrible, violent cops are on your force? YOU are why we want to **#defundthepolice**.

Like    Reply    15w                           8

Jack Williams replied · 24 Replies

**Stephen Kardos**
You keep cops like that Ronni on your force and wonder why people say ACAB? Didn't know someone going through a mental problem is funny. Maybe she deserves some of what you guys gave the old lady!

Like    Reply    15w                           3

**Aaron R Thomas**
Thank you Tulsa Police Department for all you do and for risking YOUR life for this ungrateful city. **#backtheblue**

Like    Reply    15w                           6

Attika Secondi replied · 1 Reply

**Jen Gamble Thomas**
I've always had respect for good officers, but this is not a good or even a mediocre officer. Why would I call the police if this is the treatment a person could expect. That's not serving and protecting, that's not professionalism, and that certainly ... **See more**

Like    Reply    15w    Edited                  4

**Aaron R Thomas**
Thank you Tulsa Police Department for all you do and for risking YOUR life for this ungrateful city. **#backtheblue**

Like    Reply    15w                           2

Attika Secondi replied · 1 Reply

**Aaron R Thomas**
Thank you Tulsa Police Department for all you do and for risking YOUR life for this ungrateful city. **#backtheblue**

Like    Reply    15w

Aedan Silva replied · 5 Replies

**Lisa Moss**

Carrocia is a sick sadistic pos. It's extra shameful because she's a woman who SHOULD naturally have some type of empathy. Good lord I hope she doesn't have kids because she would probably abuse them. What a psycho.

Like   Reply   15w   Edited                     3

 **Yaffa Abuali**

I cant BELIEVE the disrespect of the workers in your department. taunting, laughing, and ATTACKING ladonna paris while she's having a mental health crisis. shame on those 2, and anybody who thinks the way they acted was ANY kind of right or ok. i'll ne... See more

Like   Reply   15w                              7

     **Sha Dow** replied · 2 Replies

 **Emilio Perez**

https://vm.tiktok.com/TTPduS8a3C/ wtf is wrong with you

**TIKTOK.COM**

Doctor Kali, MD on TikTok

Like   Reply   15w                              3

**Velasquez Victoria**

Has the news picked up on the female police officer and her co worker ?

Like   Reply   15w                              2

**Abolish Police Unions** · Follow

https://www.youtube.com/watch?v=ThQCym-Yiy4

 **YOUTUBE.COM**

Tulsa police stand by officers' actions despite lawsuit

Like   Reply   15w                              4

**Philip Summa**

Made National news. Proud of yourself? Proud of your department?



Like    Reply    15w                                     4

        Lisa Moss replied · 1 Reply

Rodney Lee

The woman officer said it best, " I just love my job" as she's
terrorizing an elderly woman. This is the garbage causing the
divide with the public. THIS is the reason good cops are
getting hurt.

Like    Reply    15w                                     9

Eric Heinz

If this were my mother, there is no where you could hide. Nowhere.
https://www.youtube.com/watch?v=ImMO7QBjK2A



YOUTUBE.COM

Cops mistreat 70 yr old woman #shorts

Like    Reply    15w                                     5

Pamela Graham

I don't know who?

Like    Reply    15w

        Lena Jean Simpson replied · 2 Replies

Kit Connor
Bastards

Like    Reply    15w

Annabelle Engle

Ronni Carrocia is unfit to be a police officer and the lack of
accountability is disgusting!

Like    Reply    15w                                     8



**Aedan Silva**

rattling the door to obviously escalate the situation which was non violent and mental health related, treating another human in crisis like a joke, but well within department policy. Really gross.

Like    Reply    15w                                        👍😂 6

⌐ ● **Kimberly Hinkle** replied · 1 Reply

● **Kaylee Thacker**

SICKENING HOW YOU TREAT MENTAL HEALTH PATIENTS

Like    Reply    15w                                        👍 4

⌐ ● **Kimberly Hinkle** replied · 1 Reply

● **Taki Phillips**

Absolute scum police department.

Like    Reply    15w                                        👍 4

● **Autumn Grieder**

Tulsa Police Department this your officers terrorizing an elderly woman who has dementia!? They got off on this!! This is sick!!!

https://vm.tiktok.com/ZTdu9xwUp/



TIKTOK.COM

lackluster_official on TikTok

Like    Reply    15w

● **Antionette Blair**

DISGUSTING

Like    Reply    15w

**Blaine Smith**
51st + YALE..
YOU'LL GET CAUGHT..... See more

Like    Reply    15w

**Lynette Sharp**
Acab and especially your
department

Like    Reply    15w

**Bec Peterson**
Y'all think the reason people hate cops is because piggies like
Ronnie use their badge to abuse the mentally ill and the
elderly? No, it couldn't be that, must be another reason 🤷‍♀️

Like    Reply    15w

**Ryan Shew**
millions of people all around the world has seen this and are
outraged the checks and balances are a broken system the
people must act if we are to have change in our time

Like    Reply    15w

**Edward Francis**
Defund the Tulsa pig department! Justice for ladonna!!!

Like    Reply    15w

**Courtney E Dockery**

Like    Reply    15w

André Cordeau

A BUNCH OF CRIMINALS ATTACK A WOMAN IN A CRITICAL
CONDITION. https://www.youtube.com/watch?v=ThQCym-Yiy4

YOUTUBE.COM

Tulsa police stand by officers' actions
despite lawsuit

Like    Reply    15w

Christy Aragon

FIRE RONNI CARROCIA! JUSTICE FOR LADONNA PARIS!

Like    Reply    15w                    👍 2

Kat Martin

Looks like The wolf man and Bride of Frankenstein 🤔

Like    Reply    15w

Tricia Cochran-Franklin

........and their always at a QT at some point.

Like    Reply    15w    Edited

Ayla Edwards

https://reason.com/.../tulsa-police-officers-taunt.../...



**REASON.COM**

Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like    Reply    15w                                    



**Laura Vig**

Do better **Tulsa Police Department** https://reason.com/.../tulsa-police-officers-taunt.../... this lady
deserve justice now



**REASON.COM**

Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like    Reply    14w                                    

**Gene Roberts**

If you live in Tulsa, you should be evaluating your choices of
Mayor and Chief of Police.

Like    Reply    14w

**Melissa Paetow**



Like    Reply    14w



**Janet Lee**

Stolen April 3rd from a widow mom raising a child. Our only
form of transportation!
Case# 2022-015206... See more

Like   Reply   14w

 Evelyn Alberty



Like   Reply   14w                                    

 Danielle Walsh

2002 Chevy Tahoe LS white in color. Stolen 4/3/22 8:30pm tulsa hills. HRW 301 tag



Like   Reply   14w   Edited

**Tulsa Police Department**                                                    ···

April 2 · 🌐

Great day for a little bowling with the kiddos

Big shout out to Andy B's - Tulsa and the Tulsa Dream Center for partnering with us at this amazing event!



Like                          Comment                          Share

View previous comments



**Antwaun Plummer**

Bowling with the kiddos at noon. Beating up Grandmas with a mental health crisis in the evening.
Great job Tulsa PD!
Befriending and Brutalizing

Like    Reply    15w                           4



**Marlo Baird**

@momma_wears_dad_jeans on TikTok just proved that your officers did go against policy!!

Like    Reply    15w

 Zach Ball replied · 1 Reply

**Chris Le Doux**

Tulsa pd sure to traumatize a 70 year old lady in a mental health crisis. Slow hand clap go these professionals.

Like    Reply    15w                          👍 5

**Trevor Vankerrebroeck**

Where's the snarl toothed little piggy that likes to beat up on old ladies? Fire her nasty looking self yet?

Like    Reply    15w                          👍 4



**Eleuthyia Eedeeyot**

Get Ronnie Carrocia's disgusting abusive filthy goblin 4ss off your squad.

Like    Reply    15w    Edited                 4

**Lisa Miranda**
**Blake Doe** wait, how did they dunk on anyone? Did you actually watch the whole video? It doesn't make the officer's actions look any better.

Like    Reply    15w

**Kay Gills**
Iam really ashamed that those officers acted that way what if that was a family member or friend of theirs would they like that? I know they don't represent the whole force but iam sure the rest of the officers are embarrassed and up set about this I h... See more

Like    Reply    15w

**Sebastian Bader**
Nasty cops

Like    Reply    15w

**Bec Peterson**
Hope no one had a mental health crisis while you were having fun, wouldn't want to make Ronnie think she's in danger

Like    Reply    15w

**TL Wilbrew**
This disgusting behavior is " within" police department policy. You people are why people can't stand the police and have no respect for the police anymore. You deserve everything that happens to you

https://vm.tiktok.com/ZTduQs6qW/

TIKTOK.COM

EarthyNursey on TikTok

Like    Reply    15w

**Edward Francis**
Defund the Tulsa pig department! Justice for ladonna!!!

Like    Reply    15w

**Matthew David**

**Tulsa Police Department** time for you cowards to make a arrest with disgraced officer Ronni Carrocia .... YOUR POLICE DEPARTMENTS ACTIONS ARE WHY PEOPLE SAY DEFUND THE POLICE. P

Like     Reply     15w                     2

**André Cordeau**

A BUNCH OF CRIMINALS ATTACK A WOMAN IN A CRITICAL CONDITION. https://www.youtube.com/watch?v=ThQCym-Yiy4

  **YOUTUBE.COM**

Tulsa police stand by officers' actions despite lawsuit

Like     Reply     15w                    

**Liz Smith**



Like     Reply     15w

**Krystalynn Anne Raab**

The same police department that harasses little old ladies. Shame on all of you

Like     Reply     15w                    

**Daniel Braunstein**

God forbid any of those kids act out and the police there try to kill them. https://youtu.be/ThQCym-Yiy4



**YOUTUBE.COM**

Tulsa police stand by officers' actions despite lawsuit

Like    Reply    15w                                    👍 2

**Sally Day Sanchez**

Is that policewoman getting ready to help or antagonize that tong woman? I mean it is within your department policy.

Like    Reply    15w                                    👍

**Sally Day Sanchez**



Like    Reply    15w                                    👍😮 3

└  Leslie Jackson replied · 1 Reply

**Thomas Agnew**

https://youtu.be/LwnXiaM-mM0



**YOUTUBE.COM**

Tulsa Police Officers Taunt Elderly Woman With Bipolar Disorder Before...

Like    Reply    15w                                    😮



**Christy Aragon**

FIRE RONNI CARROCIA! JUSTICE FOR LADONNA PARIS!

Like    Reply    15w                                    👍❤️ 4

**Christy Aragon**

FIRE RONNI CARROCIA! JUSTICE FOR LADONNA PARIS!

Like    Reply    15w                                    👍❤️ 6


**Charles McMillion**
https://reason.com/.../tulsa-police-officers-taunt.../


REASON.COM
Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

 Like   Reply   15w           3


**Ayla Edwards**
https://reason.com/.../tulsa-police-officers-taunt.../...


REASON.COM
Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like   Reply   15w           3



**Leslie Jackson**
Is this the same officers you send to terrorize the elderly
when they are having poor mental health days?

It's is normal for your police officers to laugh at citizens they
are supposed to be serving?

Like   Reply   14w           3

**Amie Petroski**
Tulsa 🐷s bullying an old woman having a mental health
crisis. You are supposed to protect and serve not harass and
bully. Shame on you

Like   Reply   14w           4

**Amy Oviatt**
Fire Ronni Carrocia or prove that you are okay with the abuse
of the elderly and mentally ill. A rando photo op won't make
it okay.

Like   Reply   14w           6


**Laura Vig**
https://reason.com/.../tulsa-police-officers-taunt.../...



**REASON.COM**

Tulsa Police Officers Taunt Elderly
Woman With Bipolar Disorder Before...

Like    Reply    14w                           3



**Gene Roberts**

Abhorred behavior on the parts of these so-called "police officers".

https://kfor.com/.../tulsa-police-face-backlash-after.../...



**KFOR.COM**

Tulsa Police face backlash after violent
mental health crisis arrest of 70-year-...

Like    Reply    14w                           3

 **Victor Sarmiento** replied · 4 Replies



**Victor Sarmiento**

As a Veteran I am upset that our fellow brothers and sisters
died in many wars for your whole disgusting department to
have the freedom to let things like in this shared video to
happen. Shame on you all. https://fb.watch/cb94Vtv1WF/

Like    Reply    14w                          

**Trevor Gowe**

Is that the same pig who terrorized an elderly women having
a mental health crisis and laughed about it?

Like    Reply    14w                           3



**Melissa Paetow**





Like    Reply    14w

**Sara Sherban**

This the same pig that threatened to taze a 70 year old woman? And she's around children?!?!?!?!

#pigsbelonginthedirt

Like  Reply  14w  Edited 


**Eddie Vare**

She still employed?



Like  Reply  14w   3


**Evelyn Alberty**

Is that Ronni Carrocia? I wouldn't trust her around a puppy.



Like  Reply  14w


**Ashtin Newlun**

You should fire the blonde cunt.

Like  Reply  14w   3


**Grant Scott**

That female officer will be old one day . Either way her social reputation is screwed . What a way to get recognized. The dept showed it's weakness with handling the situation. Good luck this will go viral

Like  Reply  14w  Edited 

**Scott Greene**

https://fb.watch/ce8fdJ4ZM3/

Like  Reply  14w



**Cyndi Rose SJ**
Go bowling with the kids then abuse their grandmother later

Like    Reply    14w



**Cyndi Rose SJ**
Shame on you. Elderly abuse in Tulsa. Cops get away with it

Like    Reply    14w



**Tulsa Police Department**

April 3 · 🌐                                                                          ···



April 2 · 🌐

Tulsa Dream Center & Bank of OklahomaBadges Program with Tulsa Police Department & Tulsa County Sheriff's Office (TCSO) Bowling with a Cop event.



👍❤️ 103                                                    167 Comments  4 Shares

Like                    Comment                    Share



 **Mazie Demers Middleton**

Good thing there aren't any old ladies around!

Like   Reply   15w                            10



**Ryan Taylor**

Ronni fired yet? 👍 11

Like    Reply    15w

**Jaime Spaid**

That guy looks as happy as Ronni did at the thought that's she might get to taser a 70+ year old woman in a mental health crisis after tormenting her.

Like    Reply    15w    Edited                👍 10

**Alex Edmonds**

Ronni Carrocia Is a child molesting, sadistic, racist piece of shit. Karma will have its kiss for her

Like    Reply    15w                👍❤️ 5

**Brent Busch**

https://www.dailymail.co.uk/.../Police-officer-laughs...

    DAILYMAIL.CO.UK

Officer laughs before Tasing and arresting 70-year-old bipolar woman

Like    Reply    15w                👍😠 4

**Terrance T J Williams**

Y'all still having fun assaulting mental ill people....what happened to professional police men and women....

Like    Reply    15w                👍 7

The comment Terrance T J Williams is replying to has been deleted.

**Terrance T J Williams**

**Dave Shed** and this is why they keep doing it, costing tax payers millions....people like you who don't care....it should have been you they busted up since it's all good

Like    Reply    15w                👍 5

The comment Terrance T J Williams is replying to has been deleted.

**Terrance T J Williams**

**Dave Shed** what a idiot....she was having a mental episode....when did that become a crime?                👍

Like    Reply    15w

View 2 more replies

**David VanHook**

Carrocia violated your policies while doing a welfare check on a person suffering from mental illness



Like    Reply    15w                                    👍 8



**Derek Dyson**

Bowling with black kids totally makes up for the fact that you beat up someone who looks like their 70 year old grandma and covered it up for five months. Gods work TPD.

Like    Reply    15w    Edited                         👍 7

**Philip Summa**

Nothing like enjoying your time with criminals and thugs who are not fit to wear badges. Elderly abuse is not acceptable it is criminal the actions of the officers of the Tulsa Police Department

Like    Reply    15w                                    👍 5





**Philip Summa**

**Dave Shed** They violated US code 18–1 983–242. Yes the officer in question is a criminal

Like    Reply    15w

View 2 more replies

**Sebastian Bader**

You don't post the video of Ronni laughing and inflicting pain on a mentally unstable

Like    Reply    15w                                    👍 6

**Bec Peterson**

So glad there aren't any frail old ladies in a mental health crisis around for y'all to assault

Like    Reply    15w                                    👍 8

**Jace Mccenzie**

Looks like your officer did violate not 1 but 2 of your policies. Now what huh??? Radio silence is my guess.

Like    Reply    15w                                    👍 7

🔴 **Lisa Miranda** replied · 6 Replies

**Kirsten Covington**

Fire Ronni Carrocia. She is dangerous. She should not have her badge. She is a threat to the community.

Like    Reply    15w                                    👍 7

**Trisha Martin**

**Tulsa Police Department**...you gonna enforce your own codes? https://vm.tiktok.com/ZTduQa84U/

TIKTOK.COM

ThatPsychNP on TikTok

Like    Reply    15w                                    👍 3



**TL Wilbrew**

This disgusting behavior is " within" police department policy. You people are why people can't stand the police and have no respect for the police anymore. You deserve everything that happens to you

https://vm.tiktok.com/ZTduQs6qW/

**TIKTOK.COM**

EarthyNursey on TikTok

Like   Reply   15w          👍 3

Jamie Kent Holloway replied · 6 Replies

**Lars Crosley**

Why does Ronnie Carrocia of Claremont still have a job?

Like   Reply   15w          👍 7

**William Grieves**

Did you guys happen to taze any seventy-year-old Grandma's while hanging out with them kids at the bowling alley?

Like   Reply   15w          👍 6

**Rhonda Cotter**

Wow! Bunch of assholes!
https://vm.tiktok.com/TTPduXAmGG/

**TIKTOK.COM**

ThatPsychNP on TikTok

Like   Reply   15w          👍

**Rhonda Cotter**

https://vm.tiktok.com/ZTduXuvhQ/

**TIKTOK.COM**

ThatPsychNP on TikTok

Like   Reply   15w

**Keianne Renea**

Just because something is within your policies that doesn't make it right. Maybe you should reevaluate your policies and retrain your officers so that they are more understanding and sympathetic. She was 70 years old in a mental health crisis and that ... See more

TIKTOK.COM

lackluster_official on TikTok

Like    Reply    15w                                    👍 6

⌐   ● Balaji Bhavata Viswanathan replied · 2 Replies

● **Ashley Caselman**

https://vm.tiktok.com/ZTduXmJdt/

You are losing your credibility for each and every moment you do not address this publicly and hold your officer accountable for her atrocious behavior and policy violations. ... See more

TIKTOK.COM

ThatPsychNP on TikTok

Like    Reply    15w                                    👍 3

● **John Bryant**

https://youtu.be/ThQCym-Yiy4 This is a disgusting display of pure ignorance and stupidity......I hope the city has to pay...and pay....and pay as well as the PO loose their qualified immunity and she can latch onto their pension, house, car etc. This is disgusting



YOUTUBE.COM

Tulsa police stand by officers' actions despite lawsuit

Like    Reply    15w                                    👍 2

⌐   ● Kevin Chandler replied · 1 Reply

● **Max Arnold**

I wonder if they'd taze someone at the bowling alley if they were having a mental health crisis

Like    Reply    15w

● **Darryl Lowe**

The two dirty filthy coward officers you have in your department kicking in a door and attacking an elderly citizen should be fired and charged!!
Disgusting dirty assault caught on bodycam for the world to see!!!
Now let's see your departments blue lyi... See more

Like    Reply    15w

**Angel Hills**
Ayyyeee! Look at all the pigs having a good ole time while a 70 yr old defenses women is healing from her injuries caused by you fucking pieces of shit ayyyye 💀😂😂😂😂😂

Like    Reply    15w                    👍 3

**Kenneth Mckay**
They were having even more fun antagonizing and threatening to taze the 70 year old woman.

Like    Reply    15w                    👍

**Krystalynn Anne Raab**
Y'all have no empathy and should be ashamed. Absolutely disgusting

Like    Reply    15w                    👍



**Humberto Garcia**
https://www.youtube.com/watch?v=ThQCym-Yiy4

 **YOUTUBE.COM**
Tulsa police stand by officers' actions despite lawsuit

Like    Reply    15w

Balaji Bhavata Viswanathan

https://www.youtube.com/watch?v=ImMO7QBjK2A... Tulsa police violently assaulted, and battered a 70 year old woman who was experiencing a mental health crisis, TPD has a history of being overly violent towards their citizens, and usin... **See more**



**YOUTUBE.COM**

Cops mistreat 70 yr old woman #shorts

Like    Reply    15w                      👍 3



Drew Bolding

https://www.youtube.com/watch?v=ThQCym-Yiy4 Is this how all officers are trained to deal with mental subjects in the Tulsa Police Department? By taunting her outside of the door and applying a stun gun until she drops to the ground?



**YOUTUBE.COM**

Tulsa police stand by officers' actions despite lawsuit

Like    Reply    15w                      👍 2

Gracie Richards

You guys are a joke. I hope all of you pigs rot. Your officers clearly don't take actual problems seriously, and sadly your "system" has failed an innocent MENTALLY ILL woman. I hope karma eats every single one of you up.

Like    Reply    15w                      👍 3

Jake Hall

To the officers involved in this situation. I hope one day this happens to you or someone you love.

https://youtu.be/ThQCym-Yiy4



**YOUTUBE.COM**

Tulsa police stand by officers' actions despite lawsuit

Like    Reply    15w                      👍 4

Gigi Jones replied · 2 Replies

Mayra Ramirez

JUSTICE FOR LADONNA PARIS!!! FIRE RONNI CARROCIA!!!

Like    Reply    15w    👍

Daniela Hernandez

According to your written policies you are LIARS and
Rottweiler Ronni definitely broke them.

Like    Reply    15w    👍 2

Lisa Marie Dooley

Fire Ronni! She gives police a bad name.

Why is it that so many of your body cam footage have the
suspects injured?... See more

Like    Reply    15w    👍 2

Megan St. Prix

Has ronni been fired? She needs to be fired and prevented
from ever being any type of public servant. Disgusting.

Like    Reply    15w

Keonna Lashay

https://youtu.be/ThQCym-Yiy4 this is absolutely gross behavior that you guys are trying to justify!
"I love my job" DISGUSTING! 🤮🤮🤮🤮



YOUTUBE.COM

Tulsa police stand by officers' actions
despite lawsuit

Like    Reply    15w

Casey Monroe



Like    Reply    15w

Casey Monroe

https://www.youtube.com/watch?v=t16uCMhjPnE



**YOUTUBE.COM**

LADONNA PARIS TULSA PD ARREST VIDEO

Like     Reply     15w



**Charles McMillion**

https://reason.com/.../tulsa-police-officers-taunt.../



**REASON.COM**

Tulsa Police Officers Taunt Elderly Woman With Bipolar Disorder Before...

Like     Reply     15w     

⌐ ● **Map MaryAnne** replied · 1 Reply

**Ayla Edwards**

https://reason.com/.../tulsa-police-officers-taunt.../...



**REASON.COM**

Tulsa Police Officers Taunt Elderly Woman With Bipolar Disorder Before...

Like     Reply     15w     

**Josh Catron**

Let that agrotising bitch police officer come to my door. I'll show her how much fun her job is

Like     Reply     15w     👍 5

**Bryan Forbes**

https://youtu.be/bThuwGz8cog wow look at you being polite to him. Wonder why you guys could not do that for her.



**YOUTUBE.COM**

Cops Taunt And Violently Arrest 70 Year Old

Like     Reply     15w     👍 3

**Jose Ugarte**

Tulsa trash department, wonder if this cop would like someone pounding on her door at night asking if she wants to be tazed

But when officers arrived on-scene at the restroom, Carrocia can be seen threatening the woman with a Taser, as she asks, 'Do y... See more

Like    Reply    14w                                     2



**Laura Vig**

https://reason.com/.../tulsa-police-officers-taunt.../...



REASON.COM

Tulsa Police Officers Taunt Elderly Woman With Bipolar Disorder Before...

Like    Reply    14w                                     2



**Eric Duffy**

Can you guys pleeeeez come kick my grandmas ass?????? She keeps piddling on the Davenport!!!!

Like    Reply    14w                                     2



**Victor Sarmiento**

Shame on you pieces of shits https://fb.watch/cb94Vtv1WF/

Like    Reply    14w                                     2



**LaKeya M. Phillips**

The female tyrant who mocked the mentally ill blk elderly lady will be promoted soon.

Like    Reply    14w                                    

 Esperanza Diabolica replied · 1 Reply



**Lina Kaneda**

Did you invite Ronni Carrocia to it? Paid for all her snacky snacks, to have a giggle together?

Like    Reply    14w                                     2



**Ricky Walden**

Still Back-the-Blue-No-Matter-What? Well, do you? When cops behave like these animals did in this video, they....and their families....deserve anything that happens to them.

https://youtu.be/tjw8umIhl4Y



**YOUTUBE.COM**

70 Year Old Black Grandma Brutalized by Police

Like    Reply    14w

Evelyn Alberty



Like    Reply    14w

2

Kenny Petronis replied · 1 Reply

Kenny Petronis

https://fb.watch/cf8mHMM2wN/

Like    Reply    14w

You're commenting as a constituent ·

**Tulsa Police Department**    ...

April 4 · 🌐

Burglar detained by Citizen with a Bat

Today, at 9:20 am, we were assigned to a Burglary in progress at 2200 S Troost Ave.

When we got there Officers contacted a neighbor who lives to the south of the victim residence and was standing in the driveway, holding one of the suspects at bay with a bat.

Just before detaining him he saw the two subjects walk north on Troost and then down the driveway to the back of his neighbor's house. He called his neighbor to the north to tell him about the burglary.

That neighbor looked over his back fence and observed two white males trying to pry open a window.  His neighbor to the north then began filming over the fence and ran to the front of the residence to confront burglar #2.

He attempted to follow as the second subject fled and was lost in the neighborhood.  The neighbor took very good video and hopefully the second suspect will be identified and charged soon.

When we get the video entered into evidence, we'll see if we can get it shared.

The suspect that was detained by the good citizen was Combs Whitaker.

Great job by these two observant neighbors.

This is an arrest and not a conviction.

#TulsaPolice





538 Comments  72 Shares

Like                          Comment                          Share 



 Melissa Paetow

Like   Reply   14w 



Ellen Agronis replied · 9 Replies

**Sandy Campbell**
No one gives a f*ck what happens to these f'n pathetic officers. The female officer is a f'n sicko. May karma find her!! This dept is as corrupt as it gets. All of you deserve what happens to you! https://youtu.be/ThQCym-Yiy4



**YOUTUBE.COM**

Tulsa police stand by officers' actions despite lawsuit



Like    Reply    14w

 5

Gary Schones replied · 3 Replies



**Jamie Tane**

Beat up any senior citizens lately? Thank god for good Americans like Micah Xavier Johnson.

Like    Reply    14w                                     6

**LaKeya M. Phillips**

Beat up any old black mentally I'll ladies lately? The white lady Tyrant and those with her need to be fired. They shouldn't be able to retire or quit, they need to be FIRED! The lady should have never been arrested but taken to a mental facility. You ... See more

 YOUTUBE.COM
Tulsa police stand by officers' actions despite lawsuit

Like    Reply    14w                                     6

 Casey Flanigan replied · 6 Replies

**Dylan Templar**

Look at this dumb government dog this is why we need to take back control from the government and get rid of these dogs. https://youtu.be/ImMO7QBjK2A

 YOUTUBE.COM
Cops mistreat 70 yr old woman #shorts

Like    Reply    14w                                     3



 **Kaylin Atchley**

hey when are y'all going to fire that disgusting blonde cop?
and the other officers who abused and assaulted the sweet
mentally distressed old lady??? this is shameful, insensitive,
and mind blowing that anyone especially those in this kind of
power co... **See more**

Like   Reply   14w

⎿   ⬤ **Gordon M Smith** replied · 3 Replies

⬤ **Hailey-Rae Leach**

so this is within y'all's policies?

Like     Reply     14w

**Laura Rogers-Smith**

So can Tulsa police treat people how ever they choose
because they were a badge? Think they need some education
on human ethics and rights!!

Like     Reply     14w

**Jonathon Davis**

Half these people could watch a cop beat there one family
for fun and still would blindly defend police. I'm talking about
the people defending the cops who assaulted a 78 year old
women and laughed about it after

Like     Reply     14w

**Esperanza Diabolica**

If this is within policy - your policies need to change. That officer need to fired. ALL of your
officers need to be retrained if SHE is an example of what you find acceptable. Your entire
department should be deeply, DEEPLY ashamed of this. The fact t... **See more**

TIKTOK.COM

lackluster_official on TikTok



Like   Reply   14w   Edited

Casey Flanigan replied · 1 Reply

Luis Acosta

next time call your neighbors at least they wont beat up people as police do

Like   Reply   14w                                          ❤️😮 2





 Top fan
Chet Peters



 Like   Reply   14w 

Kris Hollomon Kieffer replied · 4 Replies

**Marie Hinojos**
But y'all allow your officers to mistreat the elderly. Truly pathetic. Y'all are no different from the criminals you arrest. If anything you're worse!!!!!

https://vm.tiktok.com/ZTdHV37gJ/

**TIKTOK.COM**

S. Wellington on TikTok

Like    Reply    14w



 Jonathian Lee Few
https://www.youtube.com/watch?v=Q_c-T5aNsNA

 **YOUTUBE.COM**

Tulsa Cop Laughs, Taunts 70-Year-Old
Black Woman Having A Mental Healt...

Like    Reply    14w

 💎 Top fan

Joyce Ann Summers
We are not enemy combatants. We are the people your
supposed to be protecting from crime. That poor sick lady
was terrorized and tortured for sadistic psychopath criminals.

Like    Reply    14w

 Mallissa Cruse
https://youtu.be/-nw_kTetA_Y

 **YOUTUBE.COM**

10-25-2021 Tulsa Police Department
Arrest of LaDonna Paris

Like    Reply    14w

 **Mallissa Cruse**
https://m.youtube.com/watch?v=t16uCMhjPnE

 YOUTUBE.COM

LADONNA PARIS TULSA PD ARREST
VIDEO

Like    Reply    14w

 **Mallissa Cruse**
#fireronni

Like    Reply    14w

You're commenting as a constituent ·

**Tulsa Police Department**   ···

April 7 · 🌐

**CONGRATULATIONS** to our newest dispatchers!!!

This morning, we graduated five new Public Safety 911 Dispatchers from the academy! Our newest dispatchers are Kerry Callahan, Amanda Dahda, Brenda Gregg, Tristan Pirkle, and Xochitl Rodriguez.

The class spent the past few months in the academy learning all the skills needed as a dispatcher. They'll now spend the next few months doing on-the-job training.

We're always looking for dispatchers to fill our next academy class!

For more information about becoming a 911 Dispatcher, visit https://www.jointpd.com/911

#TulsaPolice



Like                          Comment                          Share          

**Michele Salazar Brooks**

Say her name Ladonna
Paris..

Like   Reply   14w   👍

**Donovan Whitford**

https://www.dailymail.co.uk/.../Police-officer-laughs...

DAILYMAIL.CO.UK

Officer laughs before Tasing and
arresting 70-year-old bipolar woman

Like   Reply   14w   👍 2

⌐  ● **Guy Emmitt Knapp** replied · 4 Replies

**Sharon E. Young**

this says a lot about how yall like your police to act https://heavy.com/.../ronni-carrocia-ladonna-
paris-tulsa.../

HEAVY.COM

Ronni Carrocia, Tulsa Police Officer: 5
Fast Facts You Need to Know [FULL...

Like   Reply   14w   👍 2

⌐  ● **Guy Emmitt Knapp** replied · 1 Reply

**Elysha Phillips**

Soo are y'all gone fire ronni carracia???

Like   Reply   14w   👍 4

⌐  ● **Guy Emmitt Knapp** replied · 3 Replies



**Vito Powerhouse**

Let's talk about how POORLY Ronni carrocia handled that mental health call. Our system is broken. WHO HIRES THESE OFFICERS??? Instead of defunding the police why don't we figure out how to fund them hire educated individuals with enriched diverse back... See more

Like    Reply    14w                                    👍 3

        Guy Emmitt Knapp replied · 1 Reply

**Curr ES**

WHEN IS THE TULSA POLICE DEPARTMENT GOING TO POST THE VIDEO OF THEM ASSUALTING THE 70 YEAR OLD WOMAN?

Like    Reply    14w                                    👍 3

        Guy Emmitt Knapp replied · 1 Reply

**Amey Clark-Reeder**

FIRE RONNI CARRACIA

Like    Reply    14w          👍 4

        Guy Emmitt Knapp replied · 2 Replies

**David Lopez**

https://youtu.be/aBB5EqUsml4

YOUTUBE.COM

Tulsa Female Police Abuses 70 Year Old Mental Woman - Chief Supports Her...

Like    Reply    14w                                    👍 3

        Guy Emmitt Knapp replied · 1 Reply



**Buddy Martin**

1st lesson...how to mock and taunt human beings with mental issues...

Like    Reply    14w

Donna Mccutchen replied · 5 Replies



**Tim Haas**
https://www.youtube.com/watch?v=VsPab8dFceE

 YOUTUBE.COM
Police Taunt Then Attack Bipolar Elderly Woman In Mental Distress

Like    Reply    14w                     2

 Guy Emmitt Knapp replied · 1 Reply

**Jonathian Lee Few**
https://www.youtube.com/watch?v=Q_c-T5aNsNA

 YOUTUBE.COM
Tulsa Cop Laughs, Taunts 70-Year-Old Black Woman Having A Mental Healt...

Like    Reply    14w

Guy Emmitt Knapp replied · 1 Reply

**Donovan Whitford**
They make me
sick.

Like    Reply    14w



 **Mallissa Cruse**
https://youtu.be/-nw_kTetA_Y

 **YOUTUBE.COM**

10-25-2021 Tulsa Police Department
Arrest of LaDonna Paris

Like    Reply    14w

 **Guy Emmitt Knapp** replied · 1 Reply

 **Mallissa Cruse**
https://m.youtube.com/watch?v=t16uCMhjPnE

**YOUTUBE.COM**

LADONNA PARIS TULSA PD ARREST
VIDEO

Like    Reply    14w                            

Guy Emmitt Knapp replied · 1 Reply



Mallissa Cruse

#fireronni 👍

Like    Reply    14w



**Kris Björk**

Congrats! These are the folks you'll be working with: https://www.youtube.com/watch?v=ImMO7QBjK2A



YOUTUBE.COM

Cops mistreat 70 yr old woman #shorts

Like    Reply    14w

**Chris Copp**

You go **Xochitl Rodriguez**

Like    Reply    13w    👍

**Tulsa Police Department**                                                  ···

April 8 · 🌐

A fun morning stopping by San Miguel School of Tulsa meeting some of the students there and talking about police work!



San Miguel School of Tulsa

April 8 · 🌐

Thanks so much to Tulsa Police Department Officer Villa for visiting us today! Thanks for all you do for our community!

🚓🚓🚓🚓

¡Muchísimas gracias a la oficial de Policía Villa! ¡Gracias por todo lo que haces por la comunidad!

See Translation

 676                                    114 Comments  19 Shares

        Like                    Comment                    Share          

 **Donovan Whitford**
Those kids would not be smiling with you if they knew what monsters you were. You know where you can shove your pathectic copaganda, right?

https://www.dailymail.co.uk/.../Police-officer-laughs...

**DAILYMAIL.CO.UK**

Officer laughs before Tasing and arresting 70-year-old bipolar woman

Like    Reply    14w    👍😠😥 18

     ⚫ **Donovan Whitford** replied · 43 Replies

⚫ CJ Cox

I can't find Ronni Carrocia's social media accounts. Not even a LinkedIn account.

Like    Reply    14w    👍 3

     ⚫ **Guy Emmitt Knapp** replied · 12 Replies

⚫ Donovan Whitford



Like    Reply    14w    😢👍😠 5

     ⚫ **Patty Lawrence McClure** replied · 6 Replies

⚫ Shareef Hendrix

Ronni Sitka Carrocia is from Claremont, Oklahoma. She graduated from Sequoyah High School in 2010. She studied at Rogers State University but did not graduate. Oh, and her sister was a stripper who killed trying to buy drugs in 2008, 😂.

Like    Reply    14w    👍😠😂 6

     ⚫ **Guy Emmitt Knapp** replied · 7 Replies







**Jonathan Gendron**

Justice for LaDonna Paris, a 70yo woman suffering from mental health crisis who was abused and brutalized and taunted by the pigs in Tulsa. **#ACAB #defundthepolice #abolishthepolice #fuck12 #oinkoink**

Like    Reply    14w                                     3



**David Aguilera**

https://m.youtube.com/watch?v=jWsEPbrQTUU

Let's talk about this

   **YOUTUBE.COM**

Tulsa Police face backlash after violent mental health crisis arrest of 70-year-...

Like    Reply    14w                              

**Kris Björk**

https://www.youtube.com/watch?v=ImMO7QBjK2A



**YOUTUBE.COM**

Cops mistreat 70 yr old woman #shorts

Like     Reply     14w







Sally Day Sanchez



Like     Reply     13w

**Fay Mac**

https://youtu.be/eWW6NbQZV6w

You fucking badged punks start shit and then cry about the shit you get fucked you



**YOUTUBE.COM**

Officer Injured In Altercation During Downtown Tulsa Protest

Like     Reply     13w

**Dalton Black**

Congrats! These are the folks employed by TPD and "serving" our community: https://www.youtube.com/watch?v=ImMO7QBjK2A



**YOUTUBE.COM**

Cops mistreat 70 yr old woman #shorts

Like     Reply     13w

You're commenting as a constituent ·