# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. LADONNA PARIS, an individual<br><br>Plaintiff,<br><br>v.<br><br>1. RONNI CARROCIA, an individual;<br>2. DAYLAN ROOT, an individual;<br>3. TY BURNS, an individual;<br>4. CITY OF TULSA, a municipal corporation;<br>5. GEORGE THERON BYNUM IV, an individual;<br><br>Defendants. | Case No.: 4:22-CV-235-TCK-JFJ |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for Plaintiff.

**NEW ADDRESS:**

**Bryan & Terrill Law, PLLC**

**2500 S. Broadway, Suite 122**

**Edmond, OK 73013**

s/*Steven J. Terrill*_____
Steven J. Terrill, OBA No. 20869
J. Spencer Bryan, OBA No. 19419
BRYAN & TERRILL LAW, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73013
Tele/Fax:      (918) 935-2777
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

1

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of September, 2022, a complete and accurate copy of the foregoing instrument was served electronically to the Clerk of the Court using the ECF system for filing and transmittal of a notice of electronic filing to the counsel of record in this case.

       _s/Steven J. Terrill_____
       Steven J. Terrill