IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

LaDonna Paris

                    Plaintiff(s),

vs.                                                   Case No.: 22-cv-00235-TCK-JFJ

Ronni Carrocia, et al

                    Defendant(s).

## SCHEDULING ORDER

| # | Date | Item |
|---|---|---|
| 1. | 10/2/2023 | Discovery Deadline |
| 2. | 4/7/2023 | Motions to Join or Amend |
| 3. | 8/3/2023 | Witness Lists and Proposed Exhibits * |
| 4. | 9/5/2023 | Expert Identification and Reports under FRCP 26(a)(2) * (Plaintiff) |
| 4a. | 9/18/2023 | Expert Identification and Reports under FRCP 26(a)(2) * (Defendant) |
| 5. | 10/16/2023 | Dispositive Motions and Daubert Motions **** |
| 6. | 11/27/2023 | Motions in Limine |
| 7. | 11/27/2023 | Deposition Designations (Filed with deponent name, page and line designation) Videotape/Interrogatory Designations |
| 8. | 12/12/2023 | Counter-Designations (Filed with deponent name, page and line designation) |
| 9. | 1/30/2024 | Pretrial Disclosures under FRCP 26(a)(3) |
| 10. | 2/26/2024 | Transcripts Annotated with Objections ** (Submit in hard copy to the Court) |
| 11. | 2/6/2024 | Pretrial Order, including Final Witness and Exhibit Lists and Objections |
| 12. | 2/26/2024 | Jury Instructions, Voir Dire, Trial Briefs |
| 13. | N/A | Proposed Findings of Fact and Conclusion of Law, Trial Briefs |
| 14. | 2/13/2024 | Pretrial Conference at 1:30 p.m. |
| 15. | 3/18/2024 | Trial Date: [X] Jury at 9:30 a.m.   [] Non-Jury at 9:30 a.m. *** |
| 16. | X | Settlement Conference requested after 10/16/23 |

\* These items are not to be filed of record but are only to be exchanged between counsel.
\*\* Attorney meeting to resolve objections is required before filing objections. *See*  LcvR 30.1(c).
\*\*\* Scheduling conflicts must be resolved in accordance with LGnR4-5 available on the Court's website in the Local Rules section at www.oknd.uscourts.gov.

\*\*\*\* The interval between the dispositive motion and the trial docket is relatively inflexible. An extension of time to file or respond to a motion for summary judgement will likely affect the trial setting.

This Order is entered this 10th day of March, 2023.

*Terence Kern*

Terence Kern, U.S. District Judge